JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125
Attorneys for Defendant Anne Hankins

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 6:22-cr-00317-MC |
|---|---|
| Plaintiff, | DEFENDANT ANNE HANKIN'S WAIVER OF AN INDICTMENT |
| v. | |
| ANNE HANKINS, | |
| Defendant. | |

I, Anne Hankins, the defendant in the above-captioned matter, hereby enter this waiver of an indictment.

I understand that I have been accused of an offense punishable by imprisonment of more than one year. I was advised by my counsel of my rights and the nature of the proposed charges against me.

I was also advised in open court of my rights and the nature of the proposed charges against me.

///

///

///

WAIVER OF INDICTMENT – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

After receiving this advice, and fully understanding my associated rights, I hereby knowingly and voluntarily waive my right to prosecution by an indictment in this matter and consent to prosecution by information.

DATED: September 28, 2022

*[signature]*
Defendant Anne Hankins

*[signature]*
JANET HOFFMAN, OSB No. 781145
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: janet@jhoffman.com
Attorney for Defendant Anne Hankins

*[signature]*
The Honorable Mustafa Kasubhai
United States Magistrate Judge
District of Oregon

WAIVER OF INDICTMENT – 2
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC