FILED 28 SEP '22 15:01 USDC-ORE

JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125
Attorneys for Defendant Anne Hankins

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 6:22-cr-00317-MC |
|---|---|
| Plaintiff, | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE U.S. MAGISTRATE JUDGE** |
| v. | |
| ANNE HANKINS, | |
| Defendant. | |

I have been advised by my attorney and the U.S. Magistrate Judge of my right to enter my plea in this case before a U.S. District Judge. I hereby declare my intention to enter a plea of guilty in the above-captioned case and I request and consent to the acceptance of my plea by a U.S. Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that my plea will be reviewed by a District Court Judge. I also understand that a presentence report will be ordered and reviewed by the U.S. District Judge who will impose sentence.

//

//

//

CONSENT TO RULE 11 PLEA – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

DATED: September 28, 2022

*[signature]*
Defendant Anne Hankins

*[signature]*
JANET HOFFMAN, OSB No. 781145
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: janet@jhoffman.com
Attorney for Defendant Anne Hankins

*Gavin W. Bruce*
Assistant U.S. Attorney

CONSENT TO RULE 11 PLEA – 2
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC