JANET LEE HOFFMAN, OSB No. 78114
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125
Attorneys for Defendant Anne Hankins

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:22-cr-00317-MC |
| Plaintiff, | **PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA** |
| v. | |
| ANNE HANKINS, | |
| Defendant. | |

I, Anne Hankins, the defendant in the above-captioned matter, hereby petition the Court

to accept and enter my plea of guilty to the charges in the information. I represent to the Court

the following:

1. My name is Anne Hankins. I am 53 years old. I have an Associate's Degree.

2. My attorneys are Janet Hoffman and Katherine Marchant of Janet Hoffman & Associates

   LLC.

3. My attorneys and I have discussed my case fully. I have received a copy of the information.

   I have read the information, or it has been read to me, and I have discussed it with my

   attorneys. My attorneys have counseled and advised me concerning the nature of the

   charges, any lesser-included offense(s), and the possible defenses that I might have in this

case. I have been advised and understand that the elements of the charge alleged against me

to which I am pleading "GUILTY" are as follows:

As to Count 1 – Wire Fraud:

> First, the defendant knowingly devised a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

> Second, the statements made as part of the scheme were material; that is, they had a natural tendency to influence, or were capable of influencing, a person to part with money or property;

> Third, the defendant acted with the intent to defraud, that is, the intent to deceive and cheat; and

> Fourth, the defendant used, or caused to be used, an interstate wire communication to carry out or attempt to carry out an essential part of the scheme.

As to Count 2 – Money Laundering

> First, the defendant knowingly engaged or attempted to engage in a monetary transaction;

> Second, the defendant knew the transaction involved criminally derived property;

> Third, the property had a value greater than $10,000;

> Fourth, the property was, in fact, derived from Wire Fraud in violation of 18 U.S.C. § 1343; and

> Fifth, the transaction occurred in the United States.

I have had a full and adequate opportunity to disclose to my attorneys all facts known to me

that relate to my case. I understand that the Court may ask whether I am satisfied with the

advice I have received from my attorneys.

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me

about the offense to which I am pleading guilty. I also know that if I answer falsely, under

oath, and in the presence of my attorney, my answers could be used against me in a

prosecution for perjury or false statement.

5.  I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness,

or disability affecting my thinking or my ability to reason.

6.  I understand that conviction of a crime can result in consequences in addition to

imprisonment. Such consequences include deportation, or removal from the United States, or

denial of naturalization, if I am not a United States citizen; loss of eligibility to receive

federal benefits; loss of certain civil rights (which may be temporary or permanent depending

on applicable state or federal law), such as the right to vote, to hold public office, and to

possess a firearm; and loss of the privilege to engage in certain occupations licensed by the

state or federal government.

7.  I know that I may plead "NOT GUILTY" to any crime charged against me and that I may

persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the

Constitution guarantees me:

    a.  The right to a speedy and public trial by jury, during which I will be presumed to be
       innocent unless and until I am proven guilty by the government beyond a reasonable
       doubt and by the unanimous vote of twelve jurors;

    b.  The right to have the assistance of an attorney at all stages of the proceedings;

    c.  The right to use the power and process of the court to compel the production of
       evidence, including the attendance of witnesses in my favor;

    d.  The right to see, hear, confront, and cross-examine all witnesses called to testify
       against me;

    e.  The right to decide for myself whether to take the witness stand and testify, and if I
       decide not to take the witness stand, I understand that no inference of guilt may be
       drawn from this decision; and

    f.  The right not to be compelled to incriminate myself.

8. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9. In this case I am pleading "GUILTY" under Rule 1 1(c)(l)(B). My attorney has explained the effect of my plea under Rule 1 1(c)(l)(B) to be as follows:

> My plea of guilty is under Rule 1 1(c)(l)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

10. I know the maximum sentence which can be imposed upon me for the crime to which I am pleading guilty is, for Count 1, Wire Fraud, 20 years' imprisonment and a fine of $250,000 (or twice the gross pecuniary gains or losses resulting from the offense if such amount exceeds $250,000); and for Count 2, Money Laundering, it is 10 years' imprisonment and a fine of $250,000 (or twice the gross pecuniary gains or losses resulting from the offense if such amount exceeds $250,000).

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including but not limited to: the nature and circumstances of

the offense, my own history and characteristics, the goals of sentencing (punishment,

deterrence, protection and rehabilitation), and the sentencing range established by the

advisory Guidelines. If my attorney or any other person has calculated a guideline range for

me, I know that this is only a prediction and advisory and that it is the judge who makes the

final decision as to what the guideline range is and what sentence will be imposed. I also

know that a judge may not impose a sentence greater than the maximum sentence referred to

in paragraph ten (10) above.

14. I know from discussions with my attorney that, under the Federal Sentencing Guidelines, if I

am sentenced to prison I am not entitled to parole. I will have to serve the full sentence

imposed except for any credit for good behavior that I earn. I can earn credit for good

behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for

good behavior does not apply to a sentence of one year or less.

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to

follow the prison sentence. During my supervised release term, I will be supervised by a

probation officer according to terms and conditions set by the judge. In my case, a term of

supervised release can be up to three years. If I violate the conditions of supervised release, I

may be sent back to prison for up to three years.

16. I know that in addition to or in lieu of any other penalty, the judge can order restitution

payments to any victim of any offense to which I plead guilty. I am also informed that, for

certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge

impose restitution in the full amount of any financial loss or harm caused by an offense. If

imposed, the victim can use the order of restitution to obtain a civil judgment lien. A

restitution order can be enforced by the United States for up to twenty (20) years from the

date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the

date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may

resentence me to any sentence, which could originally have been imposed.

17. On any fine or restitution in an amount of $2,500 or more, I know that I will be required to

pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the

entry of judgment.

18. If I am on probation, parole, or supervised release in any other state or federal case, I know

that by pleading guilty in this court my probation, parole or supervised release may be

revoked and I may be required to serve time in that case, which may be consecutive, that is,

in addition to any sentence imposed on me in this court.

19. If I have another case pending in any state or federal court, I know that my Petition and Plea

Agreement in this case do not, in the absence of an express and written agreement, apply to

my other case(s), and that I can be faced with consecutive sentences of imprisonment.

20. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor.

That Plea Agreement is attached hereto and incorporated herein. I have read or had read to

me the Plea Agreement, and I understand the Plea Agreement.

21. The Plea Agreement contains the only agreement between the United States government and

me. No officer or agent of any branch of government (federal, state, or local) or anyone else

has promised or suggested that I will receive a lesser term of imprisonment, or probation, or

any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I

understand that I cannot rely on any promise or suggestion made to me by a government

agent or officer which is not stated in writing in the Plea Agreement, or which is not

presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

22. My plea of "GUILTY" is not the result of force, threat, or intimidation.

23. I hereby request that the judge accept my plea of "GUILTY" to the following counts: Count 1 (Wire Fraud in violation of 18 U.S.C. § 1343) and Count 2 (Money Laundering in violation of 18 U.S.C. § 1957).

24. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charges to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

I was president of Willamette Country Music Concerts, LLC ("WCMC"), located in Eugene, Oregon. Hankins' sole-member limited liability company, WCMC, Inc., owned 49% of WCMC. William Morris Endeavor Entertainment, LLC and/or its related entities (hereinafter referred to as "Endeavor"), owned a 51% controlling interest in WCMC.

As president of WCMC, I was responsible for preparing monthly financial statements, which I provided to Endeavor by email.

Starting on or around September 2016, and continuing until on or around March 1, 2018, I began providing altered bank statements and false financial summaries. These altered bank statements and false financial summaries concealed the true financial condition of WCMC. I admit that I intended to defraud Endeavor as to the accurate financial condition of WCMC.

On or around November 2017, Endeavor approached me about purchasing WCMC Inc.'s 49% interest in WCMC and having me continue to serve as WCMC's president.

On or about February 7, 2018, I sent an email to Endeavor that contained a financial summary of WCMC as of January 30, 2018. The summary falsely reported that WCMC had approximately $1.1 million in cash in its operating account, when, in reality, there was approximately $16,000 in the account. I admit that the statement was capable of influencing Endeavor's decision to purchase my interest in WCMC.

On March 1, 2018, Endeavor purchased my remaining 49% interest in WCMC. As part of that transaction, Endeavor paid me $1,500,000. The false financial statement provided on February 7, 2018, was a material factor in Endeavor's decision to purchase my remaining interest in WCMC.

Following receipt of the $1,500,000 payment from Endeavor, on March 26, 2018, I knowingly engaged in a monetary transaction with the proceeds of the fraud, causing SELCO

Community Credit Union to issue a $251,444.70 cashier's check from my account in Oregon to the Clerk of Court for the U.S. District Court for the District of Oregon, to satisfy restitution in Case No. 6:01-CR-600100.

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full

understanding of the allegations set forth in the Indictment or Information, and with a full

understanding of the statements set forth in this Petition and in the Certificate of my attorney

that is attached to this Petition.


SIGNED by me in the presence of my attorney, after reading (or having had read to me) all

of the foregoing pages and paragraphs of this Petition.


DATED: September 27, 2022


_____
Defendant Anne Hankins

## CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant Anne Hankins hereby certifies:

1. I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

4. I recommend that the Court accept the defendant's plea of "GUILTY."


SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contends of the Petition to Enter Plea of Guilty, and any Plea Agreement.


DATED: September 28, 2022

Janet Hoffman, OSB No. 781145   *Katherine Marhad*
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: janet@jhoffman.com
Attorney for Defendant Anne Hankins

## ORDER ENTERING GUILTY PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find that the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

Based on the above, I hereby affirm and adopt the order accepting and entering the defendant's guilty plea

DATED this **28** of September, 2022, in open court.

The Honorable Mustafa T. Kasubhai
United States Magistrate Judge

Based on the above, I hereby affirm and adopt the order accepting and entering the defendant's guilty plea

DATED this 28th of September, 2022, in open court.

MICHAEL J. MCSHANE
United States District Court Judge

PETITION TO ENTER GUILTY PLEA – 10
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC