NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**KELLY A. ZUSMAN, OSB #891843**
Assistant United States Attorney
Kelly.Zusman@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:22-cr-00317-MC |
| v. | NOTICE OF APPEARANCE |
| **ANNE HANKINS,** | |
| **Defendant.** | |

Please take notice that Assistant United States Attorney Kelly A. Zusman is appearing in the above captioned case as co-counsel on behalf of the government.  Service of pleadings in this case should be sent to AUSA Zusman at Kelly.Zusman@usdoj.gov.

Dated: November 7, 2022.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Kelly A. Zusman*
KELLY A. ZUSMAN
Assistant United States Attorney