JANET LEE HOFFMAN, OSB No. 781145
E-mail:  janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail:  katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANNE HANKINS,<br><br>    Defendant. | CASE NO. 6:22-cr-00317-MC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT ANNE HANKINS' MOTION TO CONTINUE FEBRUARY 2, 2023 SENTENCING** |

I, Katherine Marchant, for my declaration pursuant to 28 U.S.C. § 1746, state:

1. I am one of the attorneys representing Anne Hankins in the above-captioned case. I make this declaration in support of Ms. Hankins' Motion to Continue February 2, 2023 Sentencing.

2. I have knowledge of the matters in this declaration based on (i) my own personal information; (ii) what I have learned reviewing documents; and (iii) what has been related to me.

3. Counsel for Ms. Hankins will be out of the country, and unavailable for sentencing, from approximately April 8, 2023 through June 5, 2023. It is my understanding that these plans predate the scheduling of hearings in this matter.

PAGE 1— DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE

4. Following Ms. Hankins' presentence interview on December 12, 2022, defense counsel attempted to contact appropriately qualified psychologists to evaluate Ms. Hankins and provide evidence regarding the impacts of her abuse.

5. The defense made a good faith effort to locate an expert who could evaluate Ms. Hankins and complete a report prior to the currently scheduled sentencing date. The defense, however, was unable to do so.

6. Defense counsel secured an expert and scheduled an evaluation for January 13, 2023. This was the soonest-available appointment. The expert, however, advised counsel that she would not be able to complete her evaluation until approximately the middle of March. It is defense counsel's understanding that shortly after the January 13 appointment, the expert will be out of the country for approximately six weeks and unable to complete the evaluation until her return.

///

**I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.**

DATED this 23rd day of December 2022

Respectfully submitted,

 s/Katherine Marchant_____
KATHERINE MARCHANT, OSB No. 161147
JANET HOFFMAN, OSB No. 781145
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email:  katie@jhoffman.com
Attorneys for Defendant Anne Hankins

PAGE 2— DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE