JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 6:22-cr-00317-MC |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT ANNE HANKINS' MOTION TO CONTINUE TO RESPOND TO VICTIM IMPACT STATEMENT** |
| ANNE HANKINS, | |
| Defendant. | |

I, Katherine Marchant, for my declaration pursuant to 28 U.S.C. § 1746, state:

1. I am one of the attorneys representing Anne Hankins in the above-captioned case. I make this declaration in support of Ms. Hankins' Motion to Continue.

2. I have knowledge of the matters in this declaration based on (i) my own personal information; (ii) what I have learned reviewing documents; and (iii) what has been related to me.

3. Attached hereto as Exhibit "1" is a true and accurate copy of an email, dated January 20, 2023, that defense counsel sent to the government requesting the documents referenced in Endeavor's victim impact statement.

PAGE 1— DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS

DATED this 22nd day of January 2023

                          Respectfully submitted,

                          s/Katherine Marchant
                          KATHERINE MARCHANT, OSB No. 161147
                          JANET HOFFMAN, OSB No. 781145
                          Janet Hoffman & Associates LLC
                          1000 SW Broadway, Ste. 1500
                          Portland, OR 97205
                          Phone: (503) 222-1125
                          Email:  katie@jhoffman.com
                          Attorneys for Defendant Anne Hankins