JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANNE HANKINS,<br><br>            Defendant. | Case No. 6:22-cr-00317-MC<br><br>**DEFENDANT ANNE HANKINS' MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS** |

Defendant Anne Hankins ("Ms. Hankins") respectfully moves under the Due Process Clause of the Fifth Amendment, the Compulsory Process Clause of the Sixth Amendment, and Federal Rule of Criminal Procedure 17(c), for authority to issue a Rule 17(c) subpoena *duces tecum* directing pre-sentence production of documents from WCMC Holdings, LLC, William Morris Endeavor Entertainment, LLC, WME IMG, LLC, and WCMC, LLC. Drafts of the proposed subpoenas are attached hereto. For the reasons set forth in the contemporaneously filed memorandum in support, the documents sought by subpoena relate to matters alleged in the superseding information and plea petition and are necessary and relevant to Ms. Hankins' sentencing.

MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

DATED this 25 day of January, 2023.

                                          Respectfully submitted,

                                          s/*Janet Hoffman*
JANET HOFFMAN, OSB No. 781145
KATHERINE MARCHANT, No. 161147
ETHAN HAZEL, OSB No. 215406
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: janet@jhoffman.com
Attorneys for Defendant Anne Hankins