JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANNE HANKINS,<br><br>　　　　　　Defendant. | Case No. 6:22-cr-00317-MC<br><br>**NOTICE OF DELIVERY TO VICTIMS OF MOTION FOR AUTHORIZATION TO ISSUE RULE 17(C) SUBPOENAS AND ACCOMPANYING MEMORANDUM (ECF NOS 33-34)** |

　　　　Defendant Anne Hankins ("Ms. Hankins"), through counsel, gives notice that on January 27, 2023, undersigned counsel provided to the victims a true and accurate copy of Ms. Hankins' Motion for Authorization to Issue Rule 17(c) Subpoenas and accompanying memorandum (ECF Nos. 33 and 34), as well as a true and accurate copy of the Court's Order dated January 26, 2023 (ECF No. 35). Notice was provided to attorney Matthew Kalmanson of Hart Wagner, LLP, by way of email to his address identified on the Victim Impact Statement. Mr. Kalmanson is the signatory of the Victim Impact Statement, which states that Hart Wagner, LLP represents the following parties identified in Ms. Hankins' requested subpoenas: WCMC Holdings, LLC; William Morris Endeavor Entertainment, LLC; WME IMG, LLC, and WCMC, LLC.

NOTICE OF DELIVERY OF MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS
AND ACCOMPANYING MEMORANDUM – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

DATED this 27TH day of January, 2023.

        Respectfully submitted,

s/*Katherine Marchant*
JANET HOFFMAN, OSB No. 781145
KATHERINE MARCHANT, No. 161147
ETHAN HAZEL, OSB No. 215406
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email: janet@jhoffman.com
Attorneys for Defendant Anne Hankins