**Matthew J. Kalmanson,** OSB No. 041280
E-mail:  mjk@hartwagner.com
**Blake H. Fry,** OSB No. 100128
E-mail:  bhf@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Twentieth Floor
Portland, OR 97205
Telephone:  (503) 222-4499
Facsimile:  (503) 222-2301

<u>Of Attorneys for Non-Parties WCMC Holdings, LLC,</u>
<u>William Morris Endeavor Entertainment, LLC,</u>
<u>WME IME, LLC, and WCMC, LLC</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:22-cr-00317-MC |
| Plaintiff, | NOTICE OF LIMITED APPEARANCE |
| v. | |
| ANNE HANKINS, | |
| Defendant. | |

Matthew J. Kalmanson, Blake H. Fry and Hart Wagner LLP enter an appearance as counsel of record on behalf of non-parties WCMC Holdings, LLC; William Morris Endeavor Entertainment, LLC; WME IME, LLC; and WCMC, LLC (collectively, "Endeavor").

Endeavor, through their attorneys, received notice from counsel for defendant Anne Hankins of a motion to issue subpoenas.  Endeavor wishes to enter a limited appearance in this

/ / /

NOTICE OF LIMITED APPEARANCE – 1

action for the sole purpose of objecting to that motion and any related issues arising out of that motion.

If permitted by the Court, Endeavor will have their objection filed no later than Friday, February 3, 2023, or an earlier date if required by the Court.

Respectfully submitted this 27th day of January, 2023.

                                    HART WAGNER LLP

By:   */s/ Matthew J. Kalmanson*
      Matthew J. Kalmanson, OSB No. 041280
      Blake H. Fry, OSB No. 100128
      Of Attorneys for Non-Parties WCMC
      Holdings, LLC, William Morris Endeavor
      Entertainment, LLC, WME IME, LLC, and
      WCMC, LLC