| | |
|---|---|
| **From:** | Corwyn Braschi <CBraschi@eisnerlaw.com> |
| **Sent:** | Monday, June 13, 2022 2:13 PM |
| **To:** | Howard M. Levine; Jeremiah Reynolds |
| **Cc:** | Joshua G. Flood; Janine E. Hume; Majesta P. Racanelli; Greg Bergman (gbergman@bdgfirm.com); janet@jhoffman.com; Katherine Marchant; Matthew Kalmanson; Alexandra Achamallah; Majesta P. Racanelli; Michael Glickman |
| **Subject:** | RE: WCMC Holdings, LLC, et al v. Anne Hankins, et al. Case #1220070904 |

Counsel,
Claimants have provided their initial Rule 17 production of documents on the below FTP. The documents are designated confidential pursuant to the Protective Order in this matter, and are identified as Bates Nos. CLAIMANTS_0000001 – CLAIMANTS_0001568.

URL: https://eisnerlaw.files.com
Username: CL5
Password: To be provided in a separate email

Please let us know if you have any issues accessing or downloading the documents.
Thank you,
Corwyn


**EISNER, LLP**

Corwyn Braschi
Senior Litigation Paralegal
9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
cbraschi@eisnerlaw.com | www.eisnerlaw.com

---

**From:** Howard M. Levine <hlevine@sussmanshank.com>
**Sent:** Monday, May 23, 2022 4:36 PM
**To:** Jeremiah Reynolds <jreynolds@eisnerlaw.com>
**Cc:** Joshua G. Flood <jflood@sussmanshank.com>; Janine E. Hume <jhume@sussmanshank.com>; Majesta P. Racanelli <mracanelli@sussmanshank.com>; Greg Bergman (gbergman@bdgfirm.com) <gbergman@bdgfirm.com>; janet@jhoffman.com; Katherine Marchant <katie@jhoffman.com>; Matthew Kalmanson <MJK@hartwagner.com>; Corwyn Braschi <CBraschi@eisnerlaw.com>; Alexandra Achamallah <AAchamallah@eisnerlaw.com>; Majesta P. Racanelli <mracanelli@sussmanshank.com>
**Subject:** RE: WCMC Holdings, LLC, et al v. Anne Hankins, et al. Case #1220070904

[EXTERNAL EMAIL]

Dear Mr. Reynolds,

Pursuant to JAMS Rule 17(a), below is a ShareFile that contains Respondents' initial production of relevant, non-privileged documents (Bates: Respondents 00001-00906). Respondents reserve the right to produce additional documents. Respondents also reserve all rights, claims, defenses, and privileges.

https://sussmanshank.sharefile.com/d-s74cf1e1c46834454a714f3a02bc1917c

**Howard M. Levine**
Special Counsel
Sussman Shank LLP
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O:  503.227.1111 | D:  503.243.1637
**Email** | **Bio** | **Web** | **vCard**