1   Gregory M. Bergman, California State Bar No. 65196
    Richard A. Fond, California State Bar No. 53533
2   BDG LAW GROUP
    10880 Wilshire Boulevard, Suite 1015
3   Los Angeles, CA 90024
    Telephone: (310) 470-6110
4   Facsimile: (310) 474-0931
    Email: gbergman@bdgfirm.com
5         rfond@bdgfirm.com

6   Howard M. Levine, Oregon State Bar No. 800730
    SUSSMAN SHANK LLP
7   1000 S.W. Broadway, Suite 1400
    Portland, OR 97205-3089
8   Telephone: (503) 227-1111
    Facsimile: (503) 248-0130
9   E-Mail: hlevine@sussmanshank.com
    OSAAC Application Submitted; Case No. 00712817

10

11   *Attorneys for Respondents Anne Hankins and Willamette Country Music Concerts, Inc.*

12                          JAMS ARBITRATION

| | |
|---|---|
| 13  WCMC HOLDINGS, LLC, a Delaware <br> limited liability company; and WCMC, LLC, a <br> 14  Delaware limited liability company, <br><br> 15            Claimants, <br><br> 16  v. <br><br> 17  ANNE HANKINS, an individual; and <br>    WILLAMETTE COUNTRY MUSIC <br> 18  CONCERTS, INC., an Oregon corporation, <br><br> 19            Respondents. <br><br> 20 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

JAMS Arbitration No. 1220070904

**ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

21  **PROPOUNDING PARTIES:** Anne Hankins and Willamette Country Music Concerts, Inc.

22  **RESPONDING PARTY:** Claimant WCMC, LLC

23  **SET NO:** One

24       Pursuant to California Code of Civil Procedure Section 2031.010, *et seq.*, Respondents

25  Willamette Country Music Concerts, Inc. and Anne Hankins ("Respondents"), by and through

26  their attorneys of record, hereby request that Claimant WCMC Holdings, LLC ("Claimant")

**Page 1 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**

**Page 1 of 29**

1    provide a written response under oath and produce for inspection and copying the documents and

2    things requested below, with reference to the following definitions and instructions, at the offices

3    of Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, Oregon 97205 within thirty

4    (30) days of service hereof.

5        These requests call for all documents and tangible things in Claimant's possession,

6    custody, or control, or in the possession, custody, or control of Claimant's attorneys, auditors,

7    agents, employees, officers, directors, or representatives, or other persons acting under Claimant's

8    authorization, employment, or direction, irrespective of who generated, prepared, or signed the

9    documents.

10                                   **DEFINITIONS**

11        A.        The term "AFFILIATE" means Affiliate as defined in 11 USC §101(2).

12        B.        The term "ARBITRATION" means the arbitration proceeding initiated on July 30,

13    2021 by Claimants HOLDINGS and WCMC, LLC against Respondents HANKINS and

14    WILLAMETTE COUNTRY MUSIC CONCERTS; JAMS Arbitration No. 1220070904.

15        C.        The term "BANK STATEMENTS" means DOCUMENTS describing or

16    summarizing transactions of a bank account, or an account with a non-bank financial institution

17    (individually a "BANK"), including, without limitation checks, deposit slips, account analysis,

18    checking account statements, statements of account attributes, promotions, terms and conditions,

19    statements of account benefits, savings account statements, account agreements, and all other

20    documents sent to a BANK or received from a BANK.

21        D.        Claimants mean "WCMC HOLDINGS, LLC," a Delaware limited liability

22    company; and "WCMC, LLC," a Delaware limited liability company, William Morris Endeavor

23    Entertainment, LLC, and WME IMG LLC, and also includes Employees.

24        E.        The terms "COMMUNICATION" and "COMMUNICATIONS" include but are

25    not limited to emails, texts, faxes, letters, memos, and notes, and also refer to any DOCUMENT

26    that comprises, embodies, reflects, or refers to any transmission of information from one person to

**Page 2 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC**
**CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO**
**CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 2 of 29**

1    another, including, without limitation, by personal meeting, conversation, letter, telephone,

2    facsimile, electronic mail, instant messaging, text messaging, or development notes. Each request

3    that encompasses information relating in any way to COMMUNICATIONS to, from, or within a

4    business or corporate entity is hereby designated to mean, and should be construed to include, all

5    COMMUNICATIONS by and between representatives, employees, agents, or servants of the

6    business or corporate entity. Any request for "COMMUNICATIONS" includes all

7    DOCUMENTS that REFER OR RELATE TO COMMUNICATIONS.

8        F.    The term "CONFIDENTIAL INFORMATION" means Confidential Information

9    as defined in Section 8.9 of the Transaction Agreement attached as Exhibit A to the Demand for

10   Arbitration.

11       G.    The term "COUNTERCLAIMS" means *Respondents' Response to Claimants'*

12   *Demand for Arbitration of Claims for Fraud, Breach of Fiduciary Duty, Constructive Fraud,*

13   *Breach of Contract, Conversion, Indemnity (Express and Equitable); Affirmative Defenses and*

14   *Counterclaims* filed by RESPONDENTS in this ARBITRATION on May 9, 2022.

15       H.    The term "DOCUMENT" or "DOCUMENTS" means and includes writings in the

16   broadest sense, and includes all "writings" as defined in California Evidence Code Section 250

17   including, but not limited to, all written printed, typed, recorded, or graphic matter, however

18   produced or reproduced, of every kind and description, in whatever form (e.g., final and draft

19   version) in the actual constructive possession, custody, care or control of the responding party, and

20   including, without limitation, all writings, communications, correspondence, e-mails, text

21   messages, letters, telegrams, notes, mailgrams, agenda, memoranda, inter-office communications,

22   agreements, contracts, summaries, reports, interviews, forecasts, projects, analyses, working

23   papers, charts, requests for authorization, expense account reports, charge or credit account

24   vouchers, calendars, appointment books, diaries, brochures, pamphlets, circulars, press releases,

25   policies, procedures, drawings, graphs, photographs, sound reproduction tapes, data compilations

26   from which information can be obtained or can be translated through detection devices into

**Page 3 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 3 of 29**

1   reasonably usable form, computer inputs or outputs, or any other tangible thing. The term

2   "DOCUMENT" or "DOCUMENTS" shall include not only originals but also copies or

3   reproductions of all such written, printed, typed, recorded, or graphic matter upon which notations

4   in writing, print or otherwise have been made which do not appear in the originals.

5          In addition to the foregoing items, any comment, notation, strike-out, interlineation, or

6   other alterations appearing on any DOCUMENT or any copy of any DOCUMENT, and not a part

7   of the original text of such DOCUMENT, is considered a separate DOCUMENT, as is any draft

8   or preliminary form of any DOCUMENT.

9          DOCUMENT(S) shall not be limited in any way as to the form of storage (such as paper,

10  microfiche, magnetic tape, magnetic disk, CD-ROM, DVD, optical disk, or other electronic-

11  storage device).

12         DOCUMENTS(S) also includes PERSONAL PROPERTY.

13         I.       The term "ESI" as used herein shall mean information that is stored in an electronic

14  medium, per California Code of Civil Procedure Section 2016.020(e).

15         J.       The term "EMPLOYEES" means each direct and indirect employee of each

16  Claimant, and (a) each contract employee, (b) attorney, (c) agent (whether employed by a

17  Claimant, an entity related to a Claimant, or employed by a third or unrelated person or entity that

18  performed any services to for the behalf of or on behalf of a Claimant).

19         K.       The term "FINANCIAL STATEMENTS" means all written records that convey

20  business activities and financial performance of an entity, including, without limitation, year-end

21  financial statements, income statements, balance sheets, and cash flow statements, whether or not

22  published or delivered or shared with a third party, audited, reviewed, or compiled by a public

23  accounting firm or anyone else.

24         L.       The term "FRONT GATE" means Front Gate Ticketing Solutions, LLC.

25         M.       The term "HANKINS" means Respondent Anne Hankins.

26         N.       The term "HOLDINGS" means WCMC Holdings, LLC.

**Page 4 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 4 of 29**

1    O.    The term "PARTIES" means collectively Claimants HOLDINGS and WCMC,

2    LLC, together with Respondents HANKINS and WILLAMETTE COUNTRY MUSIC

3    CONCERTS.

4    P.    The terms "PERSON" and "PERSONS" as used herein refer to and include natural

5    persons, firms, associations, organizations, partnerships, corporations, businesses, trusts, and

6    public entities as well as the "PERSON" or "PERSONS" name, last known address, and telephone

7    number.

8    Q.    The term "PERSONAL PROPERTY" means any movable thing or intangible item

9    of value that is capable of being owned by a person and not recognized as real property, including,

10   without limitation, computers, laptops, mobile telephones, tablets, files, file cabinets, briefcases,

11   and backpacks.

12   R.    The terms "RELATE TO" and "RELATING TO" mean to refer to, relate to,

13   concern, summarize, reflect, constitute, comprise, state, contain, explain, embody, pertain to,

14   identify, be involved with, mention, discuss, consist of, show, analyze, comment upon, evidence,

15   support, respond to, deal with, describe, refute, contradict, or in any way be pertinent to the subject

16   in question, directly or indirectly, in whole or in part.

17   S.    The term "RESPONDENT" means WILLAMETTE COUNTRY MUSIC

18   CONCERTS, Inc. and HANKINS.

19   T.    The term "WCMC 2013 EMPLOYMENT AGREEMENT" means that certain

20   Employment Agreement entered into and made effective as of April 4, 2013 by and between

21   WCMC, LLC and Anne Hankins.

22   U.    The term "WCMC 2018 EMPLOYMENT AGREEMENT" means that certain

23   Employment Agreement entered into and made effective as of March 1, 2018 by and between

24   WCMC, LLC and Anne Hankins.

25   V.    The term "WCMC, LLC AGREEMENT" means that certain Amended and

26   Restated Limited Liability Company Agreement of WCMC, LLC dated as of April 4, 2013.

**Page 5 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 5 of 29**

1     W.     The term "WILLAMETTE COUNTRY MUSIC FESTIVAL" means every

2     iteration of the Willamette Country Music Festival, a music and camping festival occurring in

3     Oregon and Idaho, that was discussed among the PARTIES between January 1, 2013 and July 30,

4     2021, including, but not limited to, the Country Crossings Music Festival, the Cape Blanco Music

5     Festival, and the Mountain Home Country Music Festival.

6     X.     The term "WILLAMETTE COUNTRY MUSIC CONCERTS" means Respondent

7     Willamette Country Music Concerts, Inc.

8     Y.     The term "WME IMG" means WME IMG, LLC.

9     Z.     The term "WME ENDEAVOR" means William Morris Endeavor Entertainment,

10     LLC.

11     AA.     The term "YOU" and/or "YOUR" means Responding Party Anne Hankins.

12     **<u>INSTRUCTIONS</u>**

13     The following instructions are to be considered applicable to all requests for production

14     of documents:

15     1.     In producing DOCUMENTS and other materials, YOU must furnish all

16     DOCUMENTS or things in YOUR possession, custody or control, regardless of whether such

17     documents are possessed directly by YOU or YOUR directors, officers, agents, employees,

18     representatives, subsidiaries, managing agents, affiliates, investigators, or by YOUR attorneys or

19     their agents, employees, representatives or investigators.

20     2.     If any of the DOCUMENTS requested cannot be produced in full, produce them to

21     the fullest extent possible, specifying clearly the reasons for the inability to produce the remainder

22     and stating whatever information, knowledge or belief YOU do have concerning the unproduced

23     portion.

24     3.     If any responsive DOCUMENT was at one time in YOUR possession, custody or

25     control but has since been disposed of, lost, discarded or destroyed, identify each such

26     DOCUMENT, specifying its author, addressee, date, subject matter and all persons to whom

**Page 6 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 6 of 29**

1    copies were furnished.  Describe the contents of the DOCUMENT; state when the DOCUMENT

2    was within YOUR custody, control or possession; state the location of any alternative copies, the

3    date and reason for the disposition, and the identity of all persons responsible.

4              4.      If any DOCUMENT responsive to the demand is withheld by a claim of privilege,

5    or otherwise, then segregate those DOCUMENTS, state whether YOU contend that all or only a

6    portion of the DOCUMENT is privileged and, if only a portion, then produce the contents of the

7    portion which is not privileged. A privilege log of withheld DOCUMENTS should include: the

8    demand to which the DOCUMENT(S) is responsive; its title and general subject matter; its date;

9    its author or preparer, as well as their position or title; the person for whom it was prepared; all

10   persons to whom it was sent or shown; and the nature of the privilege claimed.

11             5.      Notwithstanding the assertion of any objection to production, any DOCUMENT as

12   to which an objection is raised containing non-objectionable matter which is relevant and material

13   to a request must be produced, but that portion of the DOCUMENT for which the objection is

14   asserted may be withheld or redacted provided that the above-requested identification in the

15   preceding paragraph is furnished.

16             6.      Produce the DOCUMENTS in their original file folders, or attach a photographic

17   duplicate of all written or printed material on the original file folder. Indicate the location from

18   which the DOCUMENTS and folders were taken. Produce the DOCUMENTS in the same

19   sequence as they are found in the original file folder. Do not disturb the integrity and internal

20   sequence of the requested DOCUMENTS within each folder. Under no circumstances should

21   YOU commingle DOCUMENTS from one file folder with DOCUMENTS from any other file

22   folder.

23             7.      Produce all electronically-stored information ("ESI") in the following format: all

24   documents should be produced with a load file that defines document breaks, attachments, and

25   metadata, and with a cross-reference file that facilitates the linking of the produced file with a

26   litigation database. For e-mails, word processing, documents, and presentations, produce in TIFF

**Page 7 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 7 of 29**

1    format, with all metadata and text searchable information extracted from the native file and

2    produced as fielded metadata. Family relationships among e-mail and attachments are to be

3    maintained. Spreadsheets should be produced in native format.

4        8.    Metadata for all ESI: start Bates, end Bates, start attachment, end attachment,

5    custodian or source, MD-5 hash value, title, creation date, and page count.

6        9.    Metadata for E-mail: In addition to the metadata to be produced for all ESI, and for

7    all e-mail, produce the following as fielded metadata: subject, from, to, copies, blind copies, date

8    sent, time sent, MD-5 hash value, begin attachment, and end attachment. Family relationships

9    among e-mail and attachments will be maintained by ensuring that attachments immediately

10    follow their parent e-mail, and setting the "begin attachment" and "end attachment" metadata

11    fields appropriately.

12        10.    Spreadsheets: To be produced: (i) as a native file, and (ii) with a load file suitable

13    for linking it to a litigation support database (for authentication) that identifies the MD-5 hash

14    value of each file.

15        11.    A representation of inability to comply with any particular item or category of items

16    demanded shall affirm that a diligent search and reasonable inquiry has been made in an effort to

17    comply with the demand and the statement shall specify whether the inability to comply is because

18    the particular item or category of an item (a) has never existed, (b) has been destroyed, (c) has

19    been lost, misplaced or stolen, or (d) has never been, or is no longer, in the possession, custody or

20    control of Plaintiff, as well as the name, address and phone numbers of any natural person or

21    organization known or believed by Plaintiff to have possession, custody or control of that item or

22    category of items.

23        12.    These DOCUMENT requests are continuing in nature, and YOU are required to

24    supplement YOUR responses to these DOCUMENT requests if YOU acquire responsive

25    information after serving YOUR initial answers. If YOU fail to do so, YOU may be precluded at

26    trial from introducing evidence relating to the subject matter of these DOCUMENT requests, or

**Page 8 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**

**Page 8 of 29**

1    subject to other sanctions.

2        13.    "Each" shall mean "every" and vice-versa. The same shall apply to "any" or "all."

3    "Including" means "including but not limited to," and "and" encompasses "or" and vice-versa.

4        14.    Unless otherwise defined, all words have their common meanings.

5        15.    Defined terms need not be capitalized to retain their defined meanings.

6        16.    These DOCUMENT requests seek DOCUMENTS from the dates indicated in a

7    Request.

8    **REQUESTS FOR PRODUCTION**

9    REQUEST FOR PRODUCTION NO. 1:   All DOCUMENTS, including, without

10    limitation, all COMMUNICATIONS, relating to each element of damages asserted by WCMC,

11    LLC against Respondents and each of them.  This request includes, without limitation as to each

12    Respondent: (a) the basis of each component of each damage claim; (b) the facts relating to each

13    such claim; and (c) the calculation of the amount of each component of each damage claim.

14    RESPONSE:

15

16    REQUEST FOR PRODUCTION NO. 2:   All DOCUMENTS, including, without

17    limitation, all COMMUNICATIONS, relating to each element of damages asserted by

18    HOLDINGS in the DEMAND. This request includes, without limitation as to each Respondent:

19    (a) the basis of each component of each damage claim; (b) the facts relating to each such claim;

20    and  (c) the calculation of the amount of each component of each damage claim.

21    RESPONSE:

22

23    REQUEST FOR PRODUCTION NO. 3:   All DOCUMENTS, including, without

24    limitation, all COMMUNICATIONS, relating to each element of damages against Respondents

25    that WME ENDEAVOR claims to have suffered. This request includes, without limitation as to

26

**Page 9 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 9 of 29**

1   each Respondent: (a) the basis of each component of each damage claim; (b) the facts relating to

2   each such claim; and  (c) the calculation of the amount of each component of each damage claim.

3       RESPONSE:

4       REQUEST  FOR  PRODUCTION  NO. 4:    All  DOCUMENTS,  including,  without

5   limitation, all COMMUNICATIONS, relating to each element of damages against Respondents

6   that WME IMG claims to have suffered. This request includes, without limitation as to each

7   Respondent: (a) the basis of each component of each damage claim; (b) the facts relating to each

8   such claim; and  (c) the calculation of the amount of each component of each damage claim.

9       RESPONSE:

10

11       REQUEST  FOR  PRODUCTION  NO. 5:    All  DOCUMENTS,  including,  without

12   limitation, all COMMUNICATIONS, relating to WCMC, LLC's acts, actions, and other efforts to

13   mitigate or otherwise reduce its damage claim.

14       RESPONSE:

15

16       REQUEST  FOR  PRODUCTION  NO. 6:    All  DOCUMENTS,  including,  without

17   limitation, all COMMUNICATIONS, relating to HOLDINGS acts, actions,  and all other efforts

18   to mitigate or otherwise reduce its damage claim.

19       RESPONSE:

20

21       REQUEST  FOR  PRODUCTION  NO. 7:    All  DOCUMENTS,  including,  without

22   limitation, all COMMUNICATIONS, relating to WME ENDEAVOR'S acts, actions, and other

23   efforts, to mitigate or otherwise reduce its damage claim.

24       RESPONSE:

25

26

**Page 10 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 10 of 29**

1      REQUEST FOR PRODUCTION NO. 8:  All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, relating to WME IMG's acts, actions, and other efforts, to

3    mitigate or otherwise reduce its damage claim.

4      RESPONSE:

5

6      REQUEST FOR PRODUCTION NO. 9:  All PERSONAL PROPERTY, including,

7    without limitation, desktop computers, laptop computers, tablets, thumb drives, disks, business-

8    related documents, and HANKINS' personal records, that belonged to, or was otherwise in the

9    custody, possession, or control of either or both HANKINS or WCMC, Inc. located at WCMC,

10    LLC's offices on October 24, 2018, when HANKINS' employment was terminated.

11      RESPONSE:

12

13      REQUEST FOR PRODUCTION NO. 10: All DOCUMENTS, including, without

14    limitation, all COMMUNICATIONS, relating to the PERSONAL PROPERTY described in

15    Request for Production No. 9 above.

16      RESPONSE:

17

18      REQUEST FOR PRODUCTION NO. 11: All DOCUMENTS, including, without

19    limitation, all COMMUNICATIONS, relating to Claimants' investigations, examinations,

20    inquires, research, probes, reviews, studies, or reconnaissance into HANKINS and the claims

21    against HANKINS in the DEMAND, including, without limitation, the investigations referred to

22    paragraph X.(3)(7) ("$668,885 paid in investigating HANKINS' fraud") of the DEMAND (and

23    any other claims or allegations considered, but not included in the DEMAND).

24      RESPONSE:

25

26

**Page 11 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 11 of 29**

1         REQUEST FOR PRODUCTION NO. 12: All DOCUMENTS, including, without

2  limitation, all COMMUNICATIONS, relating to each of (a) the Transaction Agreement dated

3  April 4, 2013; (b) the WCMC, LLC AGREEMENT; (c) the 2013 EMPLOYMENT

4  AGREEMENT; (d) the 2018 EMPLOYMENT AGREEMENT; (e) the Second Amended and

5  Restated Limited Liability Agreement of WCMC, LLC dated March 1, 2018; and (f) the Letter

6  Agreement dated March 1, 2018, including, without limitation, the negotiations, events, factors,

7  evaluations, analysis, deliberations, and other considerations that led to the decision to enter into

8  each of the agreements, the consideration agreed to in each agreement, and the terms and

9  conditions of each agreement, whether or not included in an agreement..

10      RESPONSE:

11

12      REQUEST FOR PRODUCTION NO. 13: All DOCUMENTS, including, without

13  limitation, all COMMUNICATIONS, on and after April 4, 2013, relating to loans to and

14  borrowings by WCMC, LLC.

15      RESPONSE:

16

17      REQUEST FOR PRODUCTION NO. 14:   All DOCUMENTS, including, without

18  limitation, all COMMUNICATIONS, on and after April 4, 2013, relating to the repayment,

19  compromise, or settlement, of loans to and borrowings by WCMC, LLC, including all negotiations

20  relating to any and all of the foregoing.

21      RESPONSE:

22

23      REQUEST FOR PRODUCTION NO. 15: All DOCUMENTS, including, without

24  limitation, all COMMUNICATIONS, on and after April 4, 2013 relating to consideration of

25  actions, considerations of decisions, actions, decisions, meetings, and notes of the members of

26  Board of Directors of WCMC, LLC.

**Page 12 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 12 of 29**

1       RESPONSE:

2

3       REQUEST FOR PRODUCTION NO. 16: All DOCUMENTS, including, without

4 limitation, all COMMUNICATIONS, on and after April 4, 2013 relating to notices of meetings of

5 the Board of Directors of WCMC, LLC, consents to actions without meetings, and minutes of

6 meetings of the Board of Directors of WCMC, LLC.

7       RESPONSE:

8

9       REQUEST FOR PRODUCTION NO. 17: All DOCUMENTS, including, without

10 limitation, all COMMUNICATIONS, between and among any of the members of the Board of

11 Directors of WCMC, LLC on and after April 4, 2013, relating to each of the following: (a) WCMC,

12 LLC; (b) HANKINS; (c) loans to or borrowings by WCMC, LLC, (d) repayments of loans to and

13 borrowings by WCMC, LLC; (e) claims in the DEMAND, regardless of whether such

14 COMMUNICATIONS related to, or involved, or occurred during a meeting of the Board of

15 Directors of WCMC, LLC.

16       RESPONSE:

17

18       REQUEST FOR PRODUCTION NO. 18: All DOCUMENTS, including, without

19 limitation, all COMMUNICATIONS, relating to HANKINS.

20       RESPONSE:

21

22       REQUEST FOR PRODUCTION NO. 19: All DOCUMENTS, including, without

23 limitation, all COMMUNICATIONS, relating to hiring of HANKINS as an employee of WCMC,

24 LLC.

25       RESPONSE:

26

**Page 13 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 4
Page 13 of 29

1    REQUEST FOR PRODUCTION NO. 20: All DOCUMENTS, including, without

2  limitation, all COMMUNICATIONS, relating to appointment of HANKINS as President of

3  WCMC, LLC.

4    RESPONSE:

5

6    REQUEST FOR PRODUCTION NO. 21: All DOCUMENTS, including, without

7  limitation, all COMMUNICATIONS, relating to the termination of HANKINS as an employee of

8  WCMC, LLC.

9    RESPONSE:

10

11    REQUEST FOR PRODUCTION NO. 22:  All DOCUMENTS, including, without

12  limitation, all COMMUNICATIONS, relating to the termination of HANKINS as President of

13  WCMC, LLC.

14    RESPONSE:

15

16    REQUEST FOR PRODUCTION NO. 23: All DOCUMENTS, including, without

17  limitation, all COMMUNICATIONS, relating to BANKS that held accounts in the name of

18  WCMC, LLC on or after March 4, 2013.

19    RESPONSE:

20

21    REQUEST FOR PRODUCTION NO. 24: All DOCUMENTS, including, without

22  limitation, all COMMUNICATIONS, relating to all BANK STATEMENTS for accounts in the

23  name of WCMC, LLC on and after March 4, 2013.

24    RESPONSE:

25

26

**Page 14 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 14 of 29**

1    REQUEST FOR PRODUCTION NO. 25: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, relating to the establishment or the setting up of each BANK

3    account in WCMC, LLC's name, and any BANK account for the use or benefit of WCMC, LLC,

4    regardless of whose name was on the BANK account.

5    RESPONSE:

6

7    REQUEST FOR PRODUCTION NO. 26: All DOCUMENTS, including, without

8    limitation, all COMMUNICATIONS, relating to BANK accounts that held any assets of WCMC,

9    LLC on and after March 4, 2013.

10    RESPONSE:

11

12    REQUEST FOR PRODUCTION NO. 27: All DOCUMENTS, including, without

13    limitation, all COMMUNICATIONS, on and after July 1, 2012 to or from any and all Employees

14    of HOLDINGS relating to each of WCMC, LLC and HANKINS.

15    RESPONSE:

16

17    REQUEST FOR PRODUCTION NO. 28: All DOCUMENTS, including, without

18    limitation, all COMMUNICATIONS, on and after July 1, 2012 to or from any and all Employees

19    WME IMG relating to each of WCMC, LLC and HANKINS.

20    RESPONSE:

21

22    REQUEST FOR PRODUCTION NO. 29: All DOCUMENTS, including, without

23    limitation, all COMMUNICATIONS, on and after July 1, 2012 to or from any and all Employees

24    of WME ENDEAVOR relating to each of WCMC, LLC and HANKINS.

25    RESPONSE:

26

**Page 15 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 4
Page 15 of 29

1    REQUEST FOR PRODUCTION NO. 30: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, on and after July 1, 2012 to or from any and all Employees

3    of WCMC, LLC relating to HANKINS.

4    RESPONSE:

5

6

7    REQUEST FOR PRODUCTION NO. 31: All DOCUMENTS, including, without

8    limitation, all COMMUNICATIONS, from and after March 4, 2013, by, between, or among any

9    and all Employees of HOLDINGS on the one hand, and any and all employees or agents of Front

10    Gate, on the other hand, relating to each of WCMC, LLC or HANKINS.

11    RESPONSE:

12

13    REQUEST FOR PRODUCTION NO. 32: All DOCUMENTS, including, without

14    limitation, all COMMUNICATIONS, from and after July 1, 2012, by, between, or among any and

15    all Employees of WME IMG on the one hand, and any and all employees or agents of Front Gate

16    on the other hand, relating to each of WCMC, LLC or HANKINS.

17    RESPONSE:

18

19    REQUEST FOR PRODUCTION NO. 33: All DOCUMENTS, including, without

20    limitation, all COMMUNICATIONS, from and after April 4, 2013, by, between, or among any

21    and all Employees of Claimants, or either of them, on the one hand, and any and all employees or

22    agents of Front Gate, on the other hand,  relating to each of WCMC, LLC or HANKINS.

23    RESPONSE:

24

25

26

**Page 16 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 16 of 29**

1    REQUEST FOR PRODUCTION NO. 34: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, from and after April 4, 2013 by, between, or among any

3    employees of Front Gate, relating to any loans to or borrowings by WCMC, LLC.

4    RESPONSE:

5

6    REQUEST FOR PRODUCTION NO. 35:  All DOCUMENTS, including, without

7    limitation, all COMMUNICATIONS, from and after April 4, 2013 by, between, or among, any

8    employees of Front Gate, relating to repayments of any loans to or borrowings by WCMC, LLC.

9    RESPONSE:

10

11    REQUEST FOR PRODUCTION NO. 36: All DOCUMENTS, including, without

12    limitation, all COMMUNICATIONS, from and after July 1 2012, from, by, between, or among

13    Jason Lublin, Michelle Bernstein, Patrick Whitesell, Christopher Gallina, Maura Gibson, Lori

14    Grimmett, Rachel Fleitell, Jacob Smid, Sam Zussman, Robert Cook Michele Walter, Blake Ulrich,

15    and Bonnie Harper relating to each of WCMC, LLC and HANKINS.

16    RESPONSE:

17

18    REQUEST FOR PRODUCTION NO. 37: All DOCUMENTS, including, without

19    limitation, all COMMUNICATIONS, on and after July 1, 2012 from, by, between, or among,

20    employees of HOLDINGS, WME IMG Holdings, LLC, WME IMG, WME ENDEAVOR,

21    William Morris Entertainment, Parent, LLC, and any direct or indirect subsidiary or AFFILIATE

22    of any of the foregoing, relating to each of WCMC, LLC and HANKINS.

23    RESPONSE:

24

25    REQUEST FOR PRODUCTION NO. 38: All DOCUMENTS, including, without

26    limitation, all COMMUNICATIONS, on and after July 1, 2012, by, between, or among

**Page 17 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 17 of 29**

1    HOLDINGS, WME IMG Holdings, LLC, WME IMG, WME ENDEAVOR, William Morris

2    Entertainment, Parent, LLC, and any direct or indirect subsidiary or AFFILIATE of any of the

3    foregoing, on the one hand, and the Federal Bureau of Investigation, the United States Attorney,

4    the Oregon Department of Justice, the Internal Revenue Service, any Oregon County

5    Commissioner, the Oregon Department of Revenue, and any state or local police, sheriff, or other

6    law enforcement agency, on the other hand, relating to each of  WCMC, LLC and HANKINS.

7         RESPONSE:

8

9         REQUEST FOR PRODUCTION NO. 39: All DOCUMENTS, including, without

10   limitation, all COMMUNICATIONS, relating to the purchase of HOLDINGS interest in WCMC,

11   LLC.

12        RESPONSE:

13

14        REQUEST FOR PRODUCTION NO. 40: All DOCUMENTS, including, without

15   limitation, all COMMUNICATIONS, relating WCMC, LLC pledge or encumbering of any of its

16   assets as collateral to secure any debt or obligation between April 4, 2013 and October 24, 2018.

17        RESPONSE:

18

19        REQUEST FOR PRODUCTION NO. 41: All DOCUMENTS, including, without

20   limitation, all COMMUNICATIONS, relating to the First Lien Credit Agreement dated May 6,

21   2014, and all amendments thereto and all exhibits relating thereto and referred to therein,

22   including, without limitation, the Collateral Agreement.

23        RESPONSE:

24

25

26

**Page 18 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 18 of 29**

1       REQUEST FOR PRODUCTION NO. 42: All DOCUMENTS, including, without

2  limitation, all COMMUNICATIONS, relating to the ownership of membership interests in

3  HOLDINGS on and after March 1, 2013.

4       RESPONSE:

5

6       REQUEST FOR PRODUCTION NO. 43: All DOCUMENTS, including, without

7  limitation, all COMMUNICATIONS, relating to the ownership of membership interests in

8  WCMC LLC, on and after March 1, 2013.

9       RESPONSE:

10

11

12       REQUEST FOR PRODUCTION NO. 44: All DOCUMENTS, including, without

13  limitation, all COMMUNICATIONS, relating to the technical termination that occurred on or

about MAY 6, 2014 relating to either or both HOLDINGS and WME IMG.

14       RESPONSE:

15

16

17       REQUEST FOR PRODUCTION NO. 45: All DOCUMENTS, including, without

18  limitation, all COMMUNICATIONS, relating to the assignment by WME ENDEAVOR of its

19  claims described in the DEMAND.

20       RESPONSE:

21

22       REQUEST FOR PRODUCTION NO. 46: All DOCUMENTS, including, without

23  limitation, all COMMUNICATIONS, relating to the assignment by WME IMG of its claims

24  described in the DEMAND.

25       RESPONSE:

26

**Page 19 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 4
Page 19 of 29

1    REQUEST FOR PRODUCTION NO. 47: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, relating to the time when WME ENDEAVOR first

3    discovered facts that relate to each of the claims against each of the Respondents included in the

4    DEMAND.

5    RESPONSE:

6

7    REQUEST FOR PRODUCTION NO. 48: All DOCUMENTS, including, without

8    limitation, all COMMUNICATIONS, relating to the time when WME IMG first discovered facts

9    that relate to each of the claims against each of the Respondents included in the DEMAND.

10    RESPONSE:

11

12    REQUEST FOR PRODUCTION NO. 49: All DOCUMENTS, including, without

13    limitation, all COMMUNICATIONS, relating the time when each of the Claimants first

14    discovered facts that relate to each of the claims against each of the Respondents included in the

15    DEMAND.

16    RESPONSE:

17

18    REQUEST FOR PRODUCTION NO. 50: All DOCUMENTS, including, without

19    limitation, all COMMUNICATIONS, relating to any insurance policies relating to each

20    WILLAMETTE COUNTRY MUSIC FESTIVAL in 2017, including, without limitation, all

21    policies of insurance, and any and all DOCUMENTS and COMMUNICATIONS with any insurer,

22    agent for an insurer, investigator for an insurer, adjuster for an insurer, or any other person or

23    entity.

24    RESPONSE:

25

26

**Page 20 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 20 of 29**

1    REQUEST FOR PRODUCTION NO. 51: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, relating to any insurance policies relating to each

3    WILLAMETTE COUNTRY MUSIC FESTIVAL in 2018, including, without limitation, all

4    policies of insurance, and any and all  DOCUMENTS and COMMUNICATIONS to, from, by,

5    among, or between any insurer, agent for an insurer, investigator for an insurer, adjuster for an

6    insurer, or any other person or entity.

7    RESPONSE:

8

9    REQUEST FOR PRODUCTION NO. 52: All DOCUMENTS, including, without

10   limitation, all COMMUNICATIONS, relating to any limitations, controls, curbs, constraints,

11   rules, mandates, or other restrictions relating to HANKINS duties as President of WCMC, LLC.

12   RESPONSE:

13

14   REQUEST FOR PRODUCTION NO. 53:   All DOCUMENTS, including, without

15   limitation, all COMMUNICATIONS, relating to any limitations, controls, curbs, constraints,

16   rules, mandates, or other restrictions relating to HANKINS as an employee of WCMC, LLC.

17   RESPONSE:

18

19   REQUEST FOR PRODUCTION NO. 54: All DOCUMENTS, including, without

20   limitation, all COMMUNICATIONS, relating to reprimands, admonishments, criticisms, or

21   otherwise related to HANKINS' duties as President of WCMC, LLC.

22   RESPONSE:

23

24   REQUEST FOR PRODUCTION NO. 55: All DOCUMENTS, including, without

25   limitation, all COMMUNICATIONS, relating to reprimands, admonishments, criticisms,  or

26   otherwise related to HANKINS' duties as an employee of WCMC, LLC.

**Page 21 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 21 of 29**

1    RESPONSE:

2

3    REQUEST FOR PRODUCTION NO. 56: All DOCUMENTS, including, without

4    limitation, all COMMUNICATIONS, relating to compliments, commendations or otherwise

5    related to. HANKINS duties as President of WCMC, LLC.

6    RESPONSE:

7

8    REQUEST FOR PRODUCTION NO. 57: All DOCUMENTS, including, without

9    limitation, all COMMUNICATIONS, relating to compliments, commendations or otherwise

10   related to HANKINS' duties as an employee of WCMC, LLC.

11   RESPONSE:

12

13   REQUEST FOR PRODUCTION NO. 58: All DOCUMENTS, including, without

14   limitation, all COMMUNICATIONS, relating to HANKINS' duties as President of WCMC, LLC.

15   RESPONSE:

16

17   REQUEST FOR PRODUCTION NO. 59: All DOCUMENTS, including, without

18   limitation, all COMMUNICATIONS, in any way related to the payment of the balance of the

19   contract to Jason Aldean in or about August 2016, including, without limitation, the source of the

20   funds to pay Mr. Aldean, the fee and other consideration HOLDINGS, a company controlled or

21   related to it, or an AFFILIATE received on account of that payment.

22   RESPONSE:

23

24   REQUEST FOR PRODUCTION NO. 60: All DOCUMENTS, including, without

25   limitation, all COMMUNICATIONS, relating to loans from each of (a) HANKINS, (b) Bradley

26   Cameron, (c) Ryan Ringer, (d)  Dale Hurst, (e) Joanne McQueary, (f) Bonnie Layton, (g) Karama

**Page 22 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 4
Page 22 of 29

1    Billick, (h) Dan Hill, (j) Randy Leininger, (k) Troutberry LLC,  (l) each Claimant;  (m) any

2    AFFILIATE of a Claimant, and (n) and any other person or entity.

3    RESPONSE:

4

5    REQUEST FOR PRODUCTION NO. 61: All DOCUMENTS, including, without

6    limitation, all COMMUNICATIONS, relating to repayment, compromise, or settlement of loans,

7    including all negotiations relating to any and all of the foregoing  from each of (a) HANKINS,

8    (b) Bradley Cameron, (c)  Ryan Ringer, (d)  Dale Hurst, (e) Joanne McQueary, (f) Bonnie Layton,

9    (g) Karama Billick, (h) Dan Hill, (j) Randy Leininger, (k) Troutberry LLC, (l) each Claimant;

10   (m) any AFFILIATE of a Claimant, and (n) and any other person or entity.

11   RESPONSE:

12

13   REQUEST FOR PRODUCTION NO. 62: All DOCUMENTS, including, without

14   limitation, all COMMUNICATIONS, relating to any or all of Claimants' indemnity obligations to

15   HANKINS.

16   RESPONSE:

17

18   REQUEST FOR PRODUCTION NO. 63: All DOCUMENTS, including, without

19   limitation, all COMMUNICATIONS, relating to any or all of Claimants' claimed indemnity rights

20   from HANKINS.

21   RESPONSE:

22

23   REQUEST FOR PRODUCTION NO. 64: All DOCUMENTS, including, without

24   limitation, all COMMUNICATIONS, relating to personal property that belonged to either or both

25   HANKINS or WCMC, Inc. that was located at WCMC, LLC's offices in October 24, 2018 when

26   HANKINS' employment was terminated.

**Page 23 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 23 of 29**

1   RESPONSE:

2

3   REQUEST FOR PRODUCTION NO. 65: All DOCUMENTS, including, without

4 limitation, all COMMUNICATIONS, relating to Claimants' disclosure to any third party, any form

5 of media, social media, court filings, or otherwise of any CONFIDENTIAL INFORMATION.

6   RESPONSE:

7

8   REQUEST FOR PRODUCTION NO. 66: All DOCUMENTS, including, without

9 limitation, all COMMUNICATIONS, relating to the facts alleged in each of Respondents'

10 Affirmative Defenses.

11   RESPONSE:

12

13   REQUEST FOR PRODUCTION NO. 67: All DOCUMENTS, including, without

14 limitation, all COMMUNICATIONS, relating to the facts alleged in each of Respondents'

15 Counterclaims.

16   RESPONSE:

17

18   REQUEST FOR PRODUCTION NO. 68: All DOCUMENTS, including, without

19 limitation, all COMMUNICATIONS, relating to the facts alleged in each of Claimants' paragraphs

20 included in the DEMAND.

21   RESPONSE:

22

23   REQUEST FOR PRODUCTION NO. 69: All DOCUMENTS, including, without

24 limitation, all COMMUNICATIONS, relating to WME IMG Holdings, LLC's ownership of

25 membership interests in  WCMC LLC, on and after March 1, 2013.

26   RESPONSE:

**Page 24 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 4
Page 24 of 29

1    REQUEST FOR PRODUCTION NO. 70: All DOCUMENTS, including, without

2    limitation, all COMMUNICATIONS, relating to the value of WCMC, LLC on and after March 1,

3    2013, including, without limitation, formal and informal appraisals, loan applications, credit

4    applications, FINANCIAL STATEMENTS. filings with any governmental agency, assessments,

5    reviews, opinions, and evaluations.

6    RESPONSE:

7

8    REQUEST FOR PRODUCTION NO. 71: All DOCUMENTS, including, without

9    limitation, all COMMUNICATIONS, relating to John Fisher on and after March 1, 2013.

10    RESPONSE:

11

12    REQUEST FOR PRODUCTION NO. 72: All DOCUMENTS, including, without

13    limitation, all COMMUNICATIONS, with any Employee or any other person or entity regarding

14    DOCUMENTS located at WCMC, LLC's offices in Eugene, Oregon on and after September 24,

15    2018.

16    RESPONSE:

17

18    REQUEST FOR PRODUCTION NO. 73: All DOCUMENTS, including, without

19    limitation, all COMMUNICATIONS, relating to advertising, publicity, marketing, publicizing,

20    and public relations of each WILLAMETTE COUNTRY MUSIC FESTIVAL, including, without

21    limitation, press releases, social media, and any other form of promotion.

22    RESPONSE:

23

24    REQUEST FOR PRODUCTION NO. 74: All DOCUMENTS, including, without

25    limitation, all COMMUNICATIONS, relating to any and all FINANCIAL STATEMENTS, on

26    and after March 1, 2013, of each of (a) WCMC, LLC; (b) WME IMG, LLC; (c) WME IMG

**Page 25 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 25 of 29**

1    Holdings, LLC; and (d)  WCMC Holdings, LLC.

2        RESPONSE:

3        REQUEST FOR PRODUCTION NO. 75: All DOCUMENTS, including, without

4    limitation, all COMMUNICATIONS, relating to JPMorgan Chase Bank, N.A., as Collateral

5    Agent, with regard to the First Lien Credit Agreement dated May 6, 2014.

6        RESPONSE:

7

8        REQUEST FOR PRODUCTION NO. 76: All DOCUMENTS, including, without

9    limitation, all COMMUNICATIONS, relating to any insurance policies relating to (a) any or all

10   of officers, directors, and board members of WCMC, LLC; (b) claims included in the Demand;

11   and (c) payments or recoveries on account of any claims included in the Demand, including,

12   without limitation, all policies of insurance, and any and all DOCUMENTS and

13   COMMUNICATIONS to, from, by, among, or between any insurer, agent for an insurer,

14   investigator for an insurer, adjuster for an insurer, or any other person or entity.

15       RESPONSE:

16

17       REQUEST FOR PRODUCTION NO. 77: All DOCUMENTS, including, without

18   limitation, all COMMUNICATIONS, on and after March 1, 2013, relating to the maintenance,

19   preservation, security, and integrity of all DOCUMENTS related to WCMC LLC, including all

20   document preservation policies and procedures.

21       RESPONSE:

22

23       REQUEST FOR PRODUCTION NO. 78: All DOCUMENTS, including, without

24   limitation, all COMMUNICATIONS, relating to the maintenance, preservation, security, copying,

25   integrity, and inventorying of WCMC, LLC DOCUMENTS, including, without limitation,

26   DOCUMENTS located at WCMC, LLC's offices in Eugene, Oregon on and after September 24,

**Page 26 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 26 of 29**

1    2018.

2    RESPONSE:

3    REQUEST FOR PRODUCTION NO. 79: All DOCUMENTS, including, without

4    limitation, all COMMUNICATIONS, relating to the identity of individuals, including Employees,

5    who had any involvement in the maintenance, preservation, security, copying, integrity, and

6    inventorying of WCMC, LLC DOCUMENTS, including, without limitation, DOCUMENTS

7    located at WCMC, LLC's offices in Eugene, Oregon on and after September 24, 2018.

8    RESPONSE:

9

10    REQUEST FOR PRODUCTION NO. 80: All DOCUMENTS, including, without

11    limitation, all COMMUNICATIONS, relating to the reading, review, analysis, and contents of

12    DOCUMENTS located at WCMC, LLC's offices in Eugene, Oregon on and after September 24,

13    2018.

14    RESPONSE:

15

16    REQUEST FOR PRODUCTION NO. 81: All DOCUMENTS, including, without

17    limitation, all COMMUNICATIONS, relating to commissions, fees, or other forms of

18    remuneration from or related to artists, talent, and other performers at each WILLAMETTE

19    COUNTRY MUSIC FESTIVAL.

20    RESPONSE:

21

22    REQUEST FOR PRODUCTION NO. 82: All DOCUMENTS, including, without

23    limitation, all COMMUNICATIONS, relating to each of Claimants, entities related to Claimants,

24    and AFFILIATES, showcasing, promoting, and advertising, artists, talent, and other performers at

25    each WILLAMETTE COUNTRY MUSIC FESTIVAL.

26    RESPONSE:

**Page 27 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 27 of 29**

1    REQUEST FOR PRODUCTION NO. 83: All DOCUMENTS, including, without

2  limitation, all COMMUNICATIONS, with any other person or entity relating to claims, disputes,

3  disagreements with HANKINS.

4    RESPONSE:

5

6    REQUEST FOR PRODUCTION NO. 84: All DOCUMENTS, including, without

7  limitation, all COMMUNICATIONS, relating to HANKINS as an employee of WCMC, LLC.

8    RESPONSE:

9

10    REQUEST FOR PRODUCTION NO. 85 All DOCUMENTS, including, without

11  limitation, all COMMUNICATIONS, relating to HANKINS as President of WCMC, LLC.

12    RESPONSE:

13

14    Dated this 13TH day of June, 2022.

15          BDG LAW GROUP

16          By _____ {H. Levine for G. Bergman}

17          Gregory M. Bergman, California State Bar No. 65196
          Richard A. Fond, California State Bar No. 53533

18          gbergman@bdgfirm.com
          rfond@bdgfirm.com

19
          SUSSMAN SHANK LLP

20

21          By _____

22          Howard M. Levine, Oregon State Bar No. 800730
          hlevine@sussmanshank.com

23          OSAAC Application Submitted; Case No. 00712817

24          *Attorneys for Respondents Anne Hankins
            and Willamette Country Music Concerts, Inc.*

25  *25022-003\HANKINS' FIRST REQUEST FOR PRODUCTION TO CLAIMANT WCMC, LLC (04024217);1*

26

**Page 28 of 28 - ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC
CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
CLAIMANT WCMC, LLC**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4
Page 28 of 29**

1

<u>CERTIFICATE OF SERVICE</u>

2

**WCMC Holdings, LLC, et al. v. Anne Hankins, et al.**
**JAMS Reference No. 1220070904**

3

4

STATE OF OREGON, COUNTY OF MULTNOMAH:

5

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county of Multnomah, state of Oregon. My business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205.

6

7

    On June 13, 2022, I served true copies of the following document described as *ANNE HANKINS' AND WILLAMETTE COUNTRY MUSIC CONCERTS, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT WCMC, LLC* on the interested parties in this action BY E-MAIL OR ELECTRONIC TRANSMISSION. I caused the document to be sent from e-mail address hlevine@sussmanshank.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

8

9

10

11

Jeremiah Reynolds
Eisner, LLP
9601 Wilshire, 7th Floor
Beverly Hills, CA 90210
jreynolds@eisnerlaw.com

12

13

14

Matthew Kalmanson
Hart Wagner LLP
1000 SW Broadway, Suite 2000
Portland, OR 97205
mjk@hartwagner.com

15

16

17

    I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

18

    Executed on June 13, 2022, at Portland, Oregon.

19

20

21

22

_____
Howard M. Levine, OSB No. 800730

23

24

25

26

Page 1 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**Exhibit 4**
**Page 29 of 29**