

July 5, 2022

*Via Electronic Mail Only*

| | |
|---|---|
| Howard M. Levine | Gregory M. Bergman |
| Sussman Shank LLP | Richard A. Fond |
| 1000 S.W. Broadway, Suite 1400 | BDG Law Group |
| Portland, OR 97205 | 10880 Wilshire Blvd., Suite 1015 |
| E-Mail: hlevine@sussmanshank.com | Los Angeles, CA 90024 |
| | E-Mail: gbergman@bdgfirm.com |
| | E-Mail: rfond@bdgfirm.com |

**Re:   WCMC Holdings, LLC, et al. v. Anne Hankins, et al. - JAMS Reference No. 1220070904**

Counsel:

We write to discuss the requests for production served by Respondents Anne Hankins and Willamette Country Music Concerts, Inc. ("Respondents") on Claimants WCMC Holdings, LLC and WCMC, LLC ("Claimants" and collectively with Respondents, the "Parties") on June 13, 2022 (the "RFPs").

We enclose herewith Claimants' written responses to the RFPs. Most of Respondents' numerous RFPs are compound, wildly overbroad, seek irrelevant documents, and are in many cases incomprehensible. However, rather than just objecting, and in an effort to keep this proceeding moving forward, Claimants used the RFPs to create a list of search terms that we believe capture the documents that Respondents seek through their requests.

Concurrently with this letter, our vendor also is sending you a hard drive containing Claimants' document production based on searches using the below-listed terms. The password to the hard drive is: ███████████████. The hard drive contains 195 gigabytes of data, consisting of a production of 558,856 documents. The document production bears Bates numbers CLAIMANTS_0001569 through CLAIMANTS_1290151, and it is marked "Confidential" pursuant to the Protective Order. After you review the document production, you may let us know if you believe there are categories of documents missing from the production that you believe are relevant and not covered by the existing search terms. We will then discuss with you whether additional searches are in order based on your requests.

**Search Terms for Document Production:**

- "Employment agreement" and Hankins
- "Willamette Country Music Festival"
- (crime OR criminal OR investigat*) AND Hankins
- (duty OR duties) AND Hankins
- (fire OR terminat* OR remov*) AND Hankins
- (property OR belongings) AND Hankins
- Aldean
- Appraisal
- Bank

**Exhibit 5**
**Page 1 of 4**

- Bank statement
- Bernstein
- Billick
- Board
- Booking curve
- Cameron
- Cape Blanco
- CBMF
- CCMF
- Chapman
- City National Bank
- Collateral
- Cook and Hankins
- Country Crossings
- Credit agreement
- Dan W/2 Hill
- Debt
- Employment AND agreement
- Endeavor
- Exiger
- Financial statement
- Fleitell
- Fraud
- fraud AND Hankins
- Front W/2 Gate
- Frontgate
- Funding
- Gallina
- Gibson
- Grimmett and Hankins
- Harper
- Holdings
- Hurst
- IMG
- inquiries@countrymusicconcerts.com
- inquiries@willamettecountrymusicfestival.com
- Insurance
- Jocelyn W/2 Ringer
- John W/2 Fisher

**Exhibit 5**
**Page 2 of 4**

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
www.eisnerlaw.com
152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020

- Layton
- Leininger
- Loan
- Loan application
- Lublin
- McQueary
- Member* W/2 interests
- Membership interest
- MHCMF
- Mountain Home
- Note
- Orton
- Pacific Continental
- Pantry
- Promissory note
- Reporting pack*
- Ringer
- Selco
- Settlement
- Sheriff
- Smid
- Storage unit
- TAK
- Technical W/2 termination
- Terminat*
- Troutberry
- Ulrich
- Walter
- WCMF
- Whitesell
- Wire
- WME
- working W/2 capital
- Zussman

Finally, it appears from the improper definitions in the RFPs that you intended the RFPs to require William Morris Endeavor Entertainment, LLC, WME IMG LLC, and its employees to produce internal communications and documents in response to the RFPs.  As you know, these entities are not parties to this arbitration and are not

**Exhibit 5**
**Page 3 of 4**

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
www.eisnerlaw.com
152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020

required to respond to the RFPs. We are willing to accept a subpoena to these entities and respond to narrowly-tailored requests to these entities.

All rights reserved.

Very truly yours,

Jeremiah Reynolds

JTR/ea

Exhibit 5
Page 4 of 4

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201

www.eisnerlaw.com

152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020