| | |
|---|---|
| **From:** | Corwyn Braschi <CBraschi@eisnerlaw.com> |
| **Sent:** | Friday, August 5, 2022 2:21 PM |
| **To:** | Howard M. Levine; Joshua G. Flood; twood@sussmanshank.com |
| **Cc:** | Joshua G. Flood; Greg Bergman (gbergman@bdgfirm.com); janet@jhoffman.com; Katherine Marchant; Matthew Kalmanson; Jeremiah Reynolds; Alexandra Achamallah; Elaine Li; Michael Glickman; Sara E. Ward |
| **Subject:** | WCMC Holdings, LLC, et al v. Anne Hankins, et al. / JAMS Ref #1220070904 |

Counsel,

Claimants are making a supplemental production, identified as Bates Nos. CLAIMANTS_1290152 – CLAIMANTS_1581203.  All documents have been designated "Confidential" pursuant to the Protective Order in this matter.

Following is a link to access the production:
https://ftpus.consilio.com/public/folder/Za5js7Q4U0mw0GwO5ZL6xA/SD1947515
The password will be emailed separately.

Please let us know if you have any issues accessing or downloading the documents.
Thank you,
Corwyn



**EISNER, LLP**

Corwyn Braschi
Senior Litigation Paralegal
9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
cbraschi@eisnerlaw.com | www.eisnerlaw.com

| | |
|---|---|
| **From:** | Florence Hoblitzell <FRH@hartwagner.com> |
| **Sent:** | Wednesday, October 26, 2022 2:18 PM |
| **To:** | 'Howard M. Levine'; 'Janine E. Hume'; 'Majesta P. Racanelli'; 'Joshua G. Flood'; 'W.S. Tab Wood' |
| **Cc:** | Jeremiah Reynolds; Matthew Kalmanson; Alexandra Achamallah; Michael Glickman; Niall Reynolds |
| **Subject:** | WCMC Holdings, LLC, et al. vs. Hankins, Anne, et al.; JAMS Ref No. 1220070904 |

Below is a link to supplemental production (bates stamped CLAIMANTS_1581204-1584667), which is confidential under the protective order.  The password to access these records will follow in a separate email.

https://ftpus.consilio.com/public/file/n39t9z-S706zxOvW06WP_g/VOL005.zip

**Florence Hoblitzell**
Legal Assistant to Matt Kalmanson and Taylor Lewis
503-222-4499 PHONE
503-222-2301 FAX
hartwagner.com



**Hart Wagner LLP**
1000 SW Broadway, 20th Floor
Portland, OR 97205

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
https://hartwagner.com/confidentiality-notice

| | |
|---|---|
| **From:** | Florence Hoblitzell <FRH@hartwagner.com> |
| **Sent:** | Thursday, November 17, 2022 5:27 PM |
| **To:** | 'Howard M. Levine'; 'Janine E. Hume'; 'Majesta P. Racanelli'; 'Joshua G. Flood'; 'W.S. Tab Wood'; 'ajohnson@sussmanshank.com' |
| **Cc:** | Jeremiah Reynolds; Matthew Kalmanson; Alexandra Achamallah; Michael Glickman; Niall Reynolds |
| **Subject:** | CONFIDENTIAL - WCMC Holdings, LLC, et al. vs. Hankins, Anne, et al.; JAMS Ref No. 1220070904 |

Below is a link to supplemental production (bates stamped CLAIMANTS_1584668-1709576), which is *all confidential under the protective order*.  The password to access these records will follow in a separate email.

- Production Volume:     VOL006
- Bates Range:     CLAIMANTS_1584668 - CLAIMANTS_1709576
- Documents:     20304
- Pages:     124909
- Natives:     1758
- Location:     https://ftpus.consilio.com/public/file/qeUr7ZnNMkmV_NV7rlPXVg/VOL006.zip

**Florence Hoblitzell**
Legal Assistant to Matt Kalmanson and Taylor Lewis
503-222-4499 PHONE
503-222-2301 FAX
hartwagner.com

**Hart Wagner LLP**
1000 SW Broadway, 20th Floor
Portland, OR 97205

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
https://hartwagner.com/confidentiality-notice