JAMS
ARBITRATION
Case No.
1220070904

**WCMC HOLDINGS, LLC, a Delaware
limited liability company; and WCMC, LLC,
a Delaware limited liability company,**

      **Claimants,**

           v.

**ANNE HANKINS, an individual; and
WILLAMETTE COUNTRY MUSIC
CONCERTS, INC., an Oregon corporation,**

      **Respondents.**

---

**ARBITRATION SUMMONS TO APPEAR AND PRESENT
DOCUMENTARY EVIDENCE AT AN ARBITRATION HEARING**

To:    WME ING, LLC c/o
        Eisner, LLP
        9601 Wilshire Blvd., 7th Floor
        Beverly Hills, CA 90210

      By the authority conferred on the undersigned Arbitrator by Section 7 of the Federal Arbitration Act (9 U.S.C. § 7), you are hereby SUMMONED to attend as a witness at a hearing before the undersigned Arbitrator to be held on October 18, 2022 at 12:00pm, at the offices of BDG Law Group, 10880 Wilshire Blvd., Suite 1015, Los Angeles, California 90024, and to bring with you to the hearing the documents identified in Exhibit 1 attached to this SUMMONS.

      If you shall refuse or neglect to obey this SUMMONS, the United States District Court for the Central District of California, or a competent court of the State of California, upon petition, may compel your attendance, or punish you for contempt in the same manner provided by law in the courts of the United States.

      You may address questions concerning this SUMMONS to the attorneys identified below who requested this SUMMONS. Any application by you to quash or modify this SUMMONS in whole or in part should be addressed to the Arbitral Tribunal in writing, with copies to counsel for the parties, except that a motion upon the ground that the SUMMONS is unenforceable under Section 7 of the Federal Arbitration Act may also be addressed to the United States District Court for the Central District of California, or a competent court of the State of California.

Exhibit 8
Page 1 of 8

The attorneys who requested this subpoena are:

Gregory M. Bergman, California State Bar No. 65196
BDG Law Group
10880 Wilshire Boulevard, Suite 1015
Los Angeles, CA 90024
Telephone: (310) 470-6110
Facsimile: (310) 474-0931
gbergman@bdgfirm.com

Howard M. Levine (Oregon State Bar No. 800730, OSAAC Application Submitted; Case No. 00712817)
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111
Fax: (503) 248-0130
hlevine@sussmanshank.com

*Attorneys for Respondents Anne Hankins and Willamette Country Music Concerts, Inc.*

The following provisions of Fed. R. Civ. P. Rule 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rules 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated: ___October 3_____, 2022

By: _____

Arbitrator Richard Chernick, Esq.
JAMS
555 W. 5th Street, 32nd
Floor Los Angeles, CA
90013
Ph. (213) 253-9793
Fax (213) 620-0100
Email:
rchernick@jamsadr.com
Email:
kcisneros@jamsadr.com

Exhibit 8
Page 2 of 8

EXHIBIT 1

1. All Documents,[1] regarding the hiring of Anne Hankins as President of WCMC, LLC in 2013, including[2] considerations, factors, and deliberations in hiring her, alternatives to hiring her, and investigations of her background.

2. All Documents regarding the suspension of Anne Hankins as President of WCMC, LLC in September 2018, including Communications[3] between and among agents and employees of WME Endeavor, WME IMG, LLC, WME IMG Holdings, LLC, and WCMC, LLC, internal investigations of Ms. Hankins and WCMC, LLC, and third-party investigations of Ms. Hankins and WCMC, LLC.

3. All Documents regarding the termination of Anne Hankins as President of WCMC, LLC in October 2018, including Communications between and among agents and employees of WME Endeavor, WME IMG, LLC, WME IMG Holdings, LLC, and WCMC, LLC, internal investigations of Ms. Hankins and WCMC, LLC, and investigations of Ms., Hankins by any other person or entity.

4. All Documents regarding the factors and considerations in connection with WCMC Holdings, LLC decision to acquire WCMC, Inc's membership interest in WCMC, LLC in 2018, including business plans, projections, appraisals, valuations, negotiations with vendors and creditors of WCMC, LLC, meeting minutes, and Communications regarding any and all of the foregoing.

5. All Documents regarding loans or advances WME Endeavor made to WCMC, LLC to pay WCMC, LLC creditors after Ms. Hankins was suspended from WCMC,

---

[1] "Documents" means: "Document" and "documents" shall have the broadest possible meaning and includes any writing, book, pamphlet, periodical, letter, report, memorandum, notation, message, email, text message, direct message, instant message, phone application messages (e.g., WhatsApp), social media messages (e.g., Facebook and LinkedIn), telegram, cable, record, study, working paper, chart, graph, index, tape, minutes, contract, invoice, tangible or Communications (as defined below), electronic or other transcription or taping of telephone or personal conversations, or conferences, or any and all other written, printed, typed, punched, taped, filmed or graphic matter, in any form electronic or otherwise, however produced or reproduced. This definition includes originals, copies, or any non-identical copy or draft versions.

[2] Including" means "including without limitation" so as to be most inclusive.

[3] Communication" and "Communications" means any and all forms of written, electronic, and/or oral conversations, including in-person conversations, telephone conversations, letters, emails, text messages, instant messages, phone application messages (e.g., WhatsApp), social media messages (e.g., Facebook and LinkedIn), facsimiles, telegrams, and direct messages, as well as any records or documents related to or documenting any such communications.

Exhibit 8
Page 3 of 8

LLC in September 2018, including communications regarding the decision to make such loans or advances, repayments of such loans or advances, balances due on such loans or advances, negotiations with WCMC, LLC creditors regarding their claimed debts, and agreements with such creditors.

6. All Documents regarding loans or advances WME IMG, LLC made to WCMC, LLC to pay WCMC, LLC creditors after Ms. Hankins was suspended from WCMC, LLC in September 2018, including Communications regarding the decision to make such loans or advances, repayments of such loans or advances, balances due on such loans or advances, negotiations with WCMC, LLC creditors regarding their claimed debts, and agreements with such creditors.

7. All Documents regarding loans, advances, and short-term funding WME IMG, LLC claims to have provided to WCMC, LLC from and after January 1, 2016.

8. All Documents regarding loans, advances, and short-term funding WME Endeavor, LLC claims to have provided to WCMC, LLC from and after January 1, 2016.

9. All Documents regarding each element of damages WME IMG, LLC claims to have suffered as a result of Ms. Hankins' acts or omissions on and after April 4, 2013, including claims for damages on account of loans or advances, or otherwise.

10. All Documents regarding each element of damages WME Endeavor LLC claims to have suffered as a result of Ms. Hankins' acts or omissions on and after April 4, 2013, including claims for damages on account of loans or advances, or otherwise.

11. All Documents regarding the Board of Directors of WCMC, LLC including notices of meetings, meetings, meeting minutes, notes of meetings, discussions of meetings, Board member actions, decisions, agendas, meeting issues, consents to actions without meetings, deliberations regarding meetings between and among members of the Board of Directors of WCMC, LLC, regardless of whether a formal meeting was held.

12. All Documents regarding accounts at banks or other financial institutions in the name of WCMC, LLC, including account agreements, communications with banks to establish and maintain the accounts, and statements related to those accounts on and after January 1, 2016.

13. All Documents regarding the investigations of Ms. Hankins, including the investigation identified in paragraph 27(7) of the Demand for Arbitration.

14. All Documents regarding the payment to Jason Aldean in or about August 2016 on account of his performance at the Cape Blanco and Mountain Home music

Exhibit 8
Page 4 of 8

festivals in 2016, including Documents relating to any legal obligation of WME IMG, LLC to pay Mr. Aldean, and the consideration WME IMG, LLC received in connection with paying Mr. Aldean.

15. All Documents regarding the payment to Jason Aldean in or about August 2016 on account of his performance at the Cape Blanco and Mountain Home music festivals in 2016, including Documents relating to any legal obligation of WME Endeavor, LLC to pay Mr. Aldean, and the consideration WME Endeavor, LLC received in connection with paying Mr. Aldean

16. All Documents regarding the payment to Jason Aldean relating to the cancellation of the 2019 Country Crossings and Willamette Country music festivals, including Documents relating to any legal obligation of WME Endeavor, LLC to pay Mr. Aldean, and any fees, commissions, or other consideration or benefit WME Endeavor, LLC received connection with paying Mr. Aldean.

17. All Documents regarding the payment to Jason Aldean relating to the cancellation of the 2019 Country Crossings and Willamette Country music festivals, including Documents relating to any legal obligation of WME IMG, LLC to pay Mr. Aldean, and any fees, commissions, or other consideration or benefit WME Endeavor, LLC received connection with paying Mr. Aldean.

18. All Documents regarding the payment to Maranda Lambert relating to the cancellation of the 2019 Country Crossing music festival, including Documents relating to any legal obligation of WME IMG, LLC to pay Ms. Lambert, and any fees, commissions, or other consideration or benefit WME IMG, LLC received in connection with paying Ms. Lambert.

19. All Documents regarding the payment to Maranda Lambert relating to the cancellation of the 2019 Country Crossing music festival, including Documents relating to any legal obligation of WME Endeavor, LLC to pay Ms. Lambert, and any fees, commissions, or other consideration or benefit WME IMG, LLC received in connection with paying Ms. Lambert.

20. All Documents regarding the payment to Luke Combs relating to the cancellation of the 2019 Country Crossings music festival, including Documents relating to any legal obligation of WME IMG, LLC to pay Mr. Combs, and any fees, commissions, or other consideration or benefit WME Endeavor, LLC received in connection with paying Mr. Combs.

21. All Documents regarding the payment to Luke Combs relating to the cancellation of the 2019 Country Crossings music festival, including Documents relating to any legal obligation of WME Endeavor, LLC to pay Mr. Combs, and any fees,

Exhibit 8
Page 5 of 8

commissions, or other consideration or benefit WME Endeavor, LLC received in connection with paying Mr. Combs.

22. All Documents regarding WME IMG Holdings, LLC's ownership of any membership interests in WCMC, LLC from and after May 6, 2014.

23. All Documents regarding WCMC Holdings, LLC's ownership of any membership interests in WCMC, LLC from and after May 6, 2014.

24. All Documents regarding WME IMG, LLC's ownership of any membership interests in WCMC, LLC from and after May 6, 2014.

25. All Documents regarding the technical termination regarding WCMC Holdings, LLC on or about May 6, 2014.

26. All Documents regarding all communications with law enforcement, including the FBI and the United States Attorney regarding Ms. Hankins.

27. All Documents regarding the pledge, hypothecation or the granting of a lien on or security interest in any assets of WCMC Holdings, LLC, including without limitation, in connection with the First Lien Credit Agreement dated May 6, 2014.

28. All Documents regarding document retention polices on and after March 1, 2013, including steps taken to preserve Documents and materials relating to the claims in the Demand for Arbitration.

29. All Documents relating to each of the preservation, copying, security, access, and inventorying of the computers, thumb drives, hard drives, papers, Documents, and other materials that were located in Ms. Hankins' office and related storage area when Ms. Hankins was suspended at WCMC, LLC in September 2108.

30. All Documents regarding insurance coverage, insurance policies, insurance claims, demands on carriers, notices of claims, responses from carriers, and recoveries from insurance regarding the allegations against Ms. Hankins and attempts to recover on insurance policies.

31. All Documents regarding loans from Front Gate Ticketing Solutions, LLC relating to WCMC, LLC between December 2106 through and including August 2016.

32. All Documents relating to Ms. Hankins' duties, responsibilities, an job description as President of WCMC, LLC.

33. All Documents relating to any limitations of or restrictions on Ms. Hankins' duties, responsibilities as President of WCMC, LLC.

Exhibit 8
Page 6 of 8

34. All Documents relating to the Assignment of Claims dated and effective as of July 27, 2021 between WME IMG, LLC and WME Endeavor, LLC, on the one hand, and WCMC Holdings, LLC, on the other hand.

To the extent responsive Documents are located on a computer server or other searchable database, you may produce the results of electronic searches using the following parameters for the indicated request numbers. You must identity all locations searched.

For requests not addressed below, you must produce responsive Documents using the descriptions above. Additionally, to the extent responsive Documents are not located on a computer server or other searchable database, you must produce responsive Documents using the descriptions above.

| Request Nos. | Search Terms | Time Periods |
|---|---|---|
| 1 | Hir! /20 (Anne or Hankins) | 10/1/12 – 6/1/13 |
| 2 | (Suspen! or fraud or accounting or missing or false or theft or invest!) /50 (Anne or Hankins) | 7/1/18 – 11/30/18 |
| 3 | (Fire! or terminat! or release! or "let /3 go" or "for cause" or axe!) /20 (Anne or Hankins) | 8/1/18 – 12/31/18 |
| 4, 22-24 | ("Membership interest" or acquir! or purchas! or apprais! or valu! or business! or minute!) and (WCMC or Anne or Hankins or Willamette) | 5/1/14 – 1/1/19 |
| | (Vendor or creditor or counterparty or supplier or sponsor or talent) /20 (WCMC or Anne or Hankins or Willamette) | |
| 5-8 | (loan or advanc! or "Short term funding" or repay! or note or "loan /5 term" or "repay! w/5 term") and (WCMC or Anne or Hankins or Willamette) | 1/1/16 – 1/1/19 |
| 11 | All emails between Lublin and Whitesell containing (WCMC or Anne or Hankins or Willamette) | 4/3/13-1/1/20 |
| 13 | (Invetigat! or forensic) and (WCMC or Anne or Hankins or Willamette) | 1/1/16 – 1/1/22 |
| 14-15 | Aldean and ("Cape Blanco" or "Mountain Home" or WCMC or MHCMF) | 6/1/16 – 10/1/16 |
| 16-17 | Aldean and ("Country Crossings" "Cape Blanco" or "Mountain Home" or Willamette or WCMC or MHCMF) | 7/1/18 - 12/31/19 |
| 18-19 | Lambert and ("Country Crossings" or WCMC or Willamette or CX!) | 7/1/18 - 12/31/19 |
| 20-21 | Combs and ("Country Crossings" or WCMC or Willamette or CX!) | 7/1/78 - 12/31/19 |
| 25 | ("technical termination" or sale or exchange or merge or owner! or absorb or surviv!) and (WCMC or Willamette) | 7/1/13 – 12/31/15 |
| 26 | ("law enforcement" or FBI or "United States Attorney" or "AUSA" or DOJ or prosecut!) and (Anne or Hankins) | 1/1/16 – 9/15/2022 |
| 27 | ((pledge or hypothecat! or grant!) /50 (lien or "security interest")) and (WCMC or Anne or Hankins or Willamette) | 3/1/14 – 3/1/18 |
| | ("Collateral Agreement" or "First Lien Credit Agreement) and (WCMC or Anne or Hankins or Willamette) | |
| 28 | (Documents! /50 (preserv! or retent! or retain or "legal hold" or "litigation hold")) and (WCMC or Willamette or Anne or Hankins) | 1/1/16 – 1/1/19 |
| | (Documents! /50 (preserv! or retent! or retain or "legal hold" or "litigation hold") and (policy or procedure) | |
| 29 | (preserv! or copy! or secur! or access or inventory! or box! Or laptop or office) /20 (Anne or Hankins or WCMC or Willamette) | 7/1/18 – 1/1/19 |
| 30 | (Insurance or claim or carrier or adjuster) and (Anne or Hankins or WCMC or Willamette) | 1/1/16 – production date |

Exhibit 8
Page 7 of 8

| | | |
|---|---|---|
| 31 | "Front Gate" and (loan! or repayment or term! or note or advance or fund!) | 12/1/13 – 12/31/16 |
| 32-33 | (Anne or Hankins) and President and (duties or responsibilities or "job description" or position or role or authority) | 2/1/13 – 1/1/19 |
| 34 | (Assign! /50 claim! or debt or note or loan! or advance or rights) and (WME or Endeavor) and (Anne or Hankins or WCMC or Willamette) | 9/1/2018 – 9/30/22 |

**Exhibit 8**
**Page 8 of 8**