| | |
|---|---|
| **From:** | Alexandra Achamallah <AAchamallah@eisnerlaw.com> |
| **Sent:** | Thursday, December 15, 2022 4:35 PM |
| **To:** | hlevine@sussmanshank.com; jflood@sussmanshank.com; twood@sussmanshank.com; janet@jhoffman.com; katie@jhoffman.com; gbergman@bdgfirm.com |
| **Cc:** | Matthew Kalmanson; Michael Glickman; Jeremiah Reynolds; Niall Reynolds |
| **Subject:** | WCMC Holdings, LLC, et al v. Anne Hankins, et al.; JAMS Ref #1220070904 |

Counsel,

Please find below the credentials for an FTP website containing a document production by third parties William Morris Endeavor Entertainment, LLC, WME ING, LLC, and WME IMG Holdings, LLC.  The documents in this production bear Bates nos. WME00000001–WME00016877.  The documents are designated as "CONFIDENTIAL" pursuant to the Protective Order.

- **Link:**  https://eisnerlaw.files.com/login
- **Username:**  secretariat_$6.08_million
- **Password:**  To be provided in a separate email.

Thanks,
Alex



**EISNER, LLP**


Alexandra Achamallah

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
aachamallah@eisnerlaw.com | www.eisnerlaw.com

| | |
|---|---|
| **From:** | Alexandra Achamallah <AAchamallah@eisnerlaw.com> |
| **Sent:** | Thursday, December 22, 2022 4:42 PM |
| **To:** | hlevine@sussmanshank.com; jflood@sussmanshank.com; twood@sussmanshank.com; janet@jhoffman.com; katie@jhoffman.com; gbergman@bdgfirm.com |
| **Cc:** | Matthew Kalmanson; Michael Glickman; Jeremiah Reynolds; Niall Reynolds |
| **Subject:** | WCMC Holdings, LLC, et al v. Anne Hankins, et al.; JAMS Ref #1220070904 |
| **Attachments:** | 20221222 WME Third Party Priv Log.pdf |

Counsel,

Please find attached a privilege log for the December 15, 2022 document production by third parties William Morris Endeavor Entertainment, LLC, WME ING, LLC, and WME IMG Holdings, LLC (collectively, "WME"). Additionally, please find below a link to a small supplemental production of documents by WME bearing Bates nos. WME00016878–WME00016959, which were inadvertently not included in the December 15 production. All documents are designated as "CONFIDENTIAL" pursuant to the Protective Order.

- **Link:**  https://ftpus.consilio.com/public/file/CCE6e8NZfkW6piT42X7hlQ/WME003.zip
- **Password:**  To be provided in a separate email.

Thanks,
Alex



**EISNER, LLP**


Alexandra Achamallah

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
aachamallah@eisnerlaw.com | www.eisnerlaw.com