**From:** Howard M. Levine <hlevine@sussmanshank.com>
**Sent:** Friday, January 27, 2023 4:32 PM
**To:** Jeremiah Reynolds <jreynolds@eisnerlaw.com>
**Cc:** janet@jhoffman.com; katie@jhoffman.com; Greg Bergman (gbergman@bdgfirm.com) <gbergman@bdgfirm.com>; Richard Fond <rfond@bdgfirm.com>; Joshua G. Flood <jflood@sussmanshank.com>; W.S. Tab Wood <twood@sussmanshank.com>; Majesta P. Racanelli <mracanelli@sussmanshank.com>; Janine E. Hume <jhume@sussmanshank.com>; Alexandra Achamallah <AAchamallah@eisnerlaw.com>; Matthew Kalmanson <MJK@hartwagner.com>
**Subject:** WME/Hankins

Jeremiah,

Pursuant to Procedural Order No. 10, attached are Respondents' Designation of Exhibits and Witnesses and the first of three emails containing copies of designated exhibits.

**Howard M. Levine**
Special Counsel
Sussman Shank LLP
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O:  503.227.1111 | D:  503.243.1637
Email | Bio | Web | vCard





**Important Notice to Recipients:** This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.