JANET LEE HOFFMAN, OSB No. 781145
E-mail:  janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail:  katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANNE HANKINS,<br><br>　　　Defendant. | CASE NO. 6:22-cr-00317-MC<br><br>**DEFENDANT ANNE HANKINS' NOTICE OF INTENT TO FILE RESPONSES TO ECF NOS 41-43** |

Defendant Anne Hankins, through counsel, gives notice of her intent to file a response to the following pleadings that were filed on February 3, 2023, objecting to her Motion for Authorization to Issue Rule 17(c) Subpoenas: (1) Non-Parties WCMC Holdings LLC, William Morris Endeavor Entertainment, LLC; WME IME, LLC, and WCMC, LLC'S Opposition to Hankins' Request for Rule 17(c) Subpoenas [ECF Nos 41-42]; and (2) Government's Motion to Quash in Part [ECF No. 43]. Ms. Hankins intends to file her responses by Thursday, February 9, 2023.

　　　DATED: February 5, 2023

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　 s/Janet Hoffman＿＿＿＿＿＿＿＿＿＿＿＿ ＿＿＿＿＿＿
　　　　　　　　　　　　　JANET HOFFMAN, OSB No. 781145

NOTICE OF INTENT INTO TO FILE RESPONSE – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

KATHERINE MARCHANT, OSB No. 161147
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Phone: (503) 222-1125
Email:  janet@jhoffman.com
Attorneys for Defendant Anne Hankins

NOTICE OF INTENT INTO TO FILE RESPONSE – 2
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC