JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>ANNE HANKINS,<br><br>                Defendant. | Case No. 6:22-cr-00317-MC<br><br>**NOTICE OF FILING OF UNSEALED DECLARATION OF COUNSEL** |

Defendant Anne Hankins ("Ms. Hankins"), through counsel, gives notice that on February 16, 2023, undersigned counsel filed a document titled, "DECLARATION OF HOWARD M. LEVINE In Support of Defendant Anne Hankins' Response to Non-Parties (1) WCMC Holdings, LLC; (2) William Morris Endeavor Entertainment, LLC; (3) WME IME, LLC; and (4) WCMC, LLC's Opposition to Ms. Hankins' Request for Rule 17(c) Subpoenas," which had previously been filed under seal on February 9, 2023.

///

///

DECLARATION OF JANET HOFFMAN – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC

DATED this 16th day of February, 2023.

                                  Respectfully submitted,

                                  s/Janet Hoffman_____
                                  JANET HOFFMAN, OSB No. 781145
                                  KATHERINE MARCHANT, OSB No. 161147
                                  Janet Hoffman & Associates LLC
                                  1000 SW Broadway, Ste. 1500
                                  Portland, OR 97205
                                  Phone: (503) 222-1125
                                  Email: janet@jhoffman.com
                                  Attorneys for Defendant Anne Hankins