JANET LEE HOFFMAN, OSB No. 781145
E-mail: janet@jhoffman.com
KATHERINE MARCHANT, OSB NO. 161147
E-mail: katie@jhoffman.com
Janet Hoffman & Associates LLC
1000 SW Broadway, Ste. 1500
Portland, OR 97205
Telephone: (503) 222-1125

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNE HANKINS,<br><br>　　　　Defendant. | CASE NO. 6:22-cr-00317-MC<br><br>**DEFENDANT ANNE HANKINS'<br>NOTICE OF APPEAL** |

　　　Notice is hereby given that Defendant Anne Hankins, through counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's judgment and sentence entered by the District Court on March 30, 2023 [ECF Nos. 71-72].

　　　DATED: April 5, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 s/Janet Hoffman                              
　　　　　　　　　　　　　　　　　　　JANET HOFFMAN, OSB No. 781145
　　　　　　　　　　　　　　　　　　　KATHERINE MARCHANT, OSB No. 161147
　　　　　　　　　　　　　　　　　　　Janet Hoffman & Associates LLC
　　　　　　　　　　　　　　　　　　　1000 SW Broadway, Ste. 1500
　　　　　　　　　　　　　　　　　　　Portland, OR 97205
　　　　　　　　　　　　　　　　　　　Phone: (503) 222-1125
　　　　　　　　　　　　　　　　　　　Email: janet@jhoffman.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Anne Hankins

NOTICE OF APPEAL – 1
*UNITED STATES V. ANNE HANKINS*, Case No. 6:22-cr-00317-MC